AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Matthew R. Linder, et al. | ) |
| | ) |
| v. | ) |
| Ford Motor Company, et al. | ) |
| | ) |

Case No.: 2:10-cv-00051-LDG-VCF

## BILL OF COSTS

Judgment having been entered in the above entitled action on    02/10/2012    against    Matthew R. Linder    ,
and Plaintiff's Motion for Reconsideration having been denied on 08/17/2012,   *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ 350.00 |
| Fees for service of summons and subpoena ................................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 10,707.23 |
| Fees and disbursements for printing .................................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ................................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................................... | 187.15 |
| Docket fees under 28 U.S.C. 1923 ..................................................... | 5.00 |
| Costs as shown on Mandate of Court of Appeals ........................................... | 0.00 |
| Compensation of court-appointed experts ................................................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ......................................................... | 1,020.00 |
| TOTAL | $ 12,269.38 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]  Electronic service                    [ ]  First class mail, postage prepaid

[ ]  Other:  _____

s/ Attorney:    Rosemary Missilian        *Rosemary M_____*

Name of Attorney:  Rosemary Missilian

| | | | |
|---|---|---|---|
| For: | Evenflo Company | Date: | 02/24/2012 |
| | *Name of Claiming Party* | | |

## Taxation of Costs

Costs are taxed in the amount of  _____  and included in the judgment.

By: _____

| | | |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

# EXHIBIT A

EXHIBIT A

## AFFIDAVIT AND VERIFICATION OF ROSEMARY MISSIAN, ESQ.

STATE OF NEVADA     )
                         )
COUNTY OF CLARK    )

Rosemary Missian, Esq., being first duly sworn, deposes and says:

1.     That I am an attorney duly licensed to practice law in the State of Nevada. I am an Associate Member with the law firm of Weinberg Wheeler Hudgins Gunn & Dial, LLC.  Weinberg Wheeler Hudgins Gunn & Dial, LLC has been retained by Evenflo Company to represent it in the matter of *Matthew Lindner, et al., v. Evenflo Company,* Case. No. 2:10-cv-00051-LDG-VCF.  I am personally familiar with the facts and circumstances surrounding the foregoing matters and could and would competently testify thereto as follows:

2.     Evenflo Company filed a Bill of Costs on February 10, 2012 [Doc. 64], following entry of the Court's Order [Doc. 62] granting Evenflo Company's Motion for Summary Judgment [Doc. 56].  Plaintiff thereafter moved for reconsideration [Doc. 65], which was denied by the Court on August 20, 2012 [Doc. 17].  As a result, Evenflo Company re-files its previously submitted Bill of Costs (without change) for the Clerk's consideration.

3.     Evenflo Company necessarily incurred in this case the filing costs for the petition for removal in the amount of $350.00.  See Exhibit 1.

4.     Evenflo Company necessarily incurred in this case the following costs for transcripts that were required for defense of this case and for trial:

| | |
|---|---|
| Deposition Transcript - Plaintiff M. Lindner and Plaintiff F. Granados | $799.00 |
| Deposition Transcript - Witness/Driver F. Martinez | $402.26 |
| Deposition Transcript - Plaintiff Expert Hoffman | $1100<br>$1635.10 |
| Deposition Transcript- Plaintiff Expert Stevens and Smith | $1599<br>$1354.10 |

|  | $1458.62 |
| --- | --- |
| Deposition Transcript -Defense Expert Kiser | $698.45 |
| Deposition Transcript - Defense Expert Van Arsdell | $345.56 |
| Deposition Transcript - Defense Expert Corwin | $353.25 |
| Deposition Transcript - Defense Expert Banks | $919.54 |
| Hearing Transcript for 11/17/10 | $42.35 |
|  | **$10,707.23** |

Copies of the bills for each of the above costs are attached hereto as Exhibit 2.

5.     Evenflo Company necessarily incurred in this case costs for exemplication and duplication of copies that were provided to Plaintiff and/or obtained for use at trial:

| Duplication of CDs for Plaintiff and Trial | $73.51 |
| --- | --- |
|  | $73.51 |
| Duplication fees - Medical Records for plaintiff | $40.13 |
|  | **$187.15** |

See Exhibit 3.

6.     Evenflo Company necessarily incurred in this case docket fees. Pursuant to 28 U.S.C. 1923(a), Evenflo Company may recover $5.00 for the Judgment by Motion for Summary Judgment.

7.     Evenflo Company contends that the following costs are taxable.  Plaintiff in this matter charged the following costs to Evenflo Company to allow it to inspect the subject vehicle and subject car seat.  These costs were necessarily incurred by Evenflo Company in order to prepare for trial as it was necessary to inspect the products subject to this lawsuit:

| Costs Charge to Defense by Plaintiff to  Inspect Subject Product | $420.00 |
| --- | --- |
| Costs Charge to Defense by Plaintiff to  Inspect Subject Product | $600.00 |
|  | **$1020.00** |

See Exhibit 4.

8.      As a result of the above costs, Evenflo Company necessarily incurred total

taxable costs in the amount of $12,269.38.

ROSEMARY MISSISIAN, ESQ.

SUBSCRIBED AND SWORN to before
me this 27th day of August 2012.

NOTARY PUBLIC

ESTRELITA B. IBARRA
Notary Public State of Nevada
No. 06-1071771-1
My appt. exp. June 22, 2014

# EXHIBIT 1

# EXHIBIT 1

## Bowman, Cindy S.

| | |
|---|---|
| **From:** | Missisian, Rosemary |
| **Sent:** | Wednesday, January 13, 2010 10:51 AM |
| **To:** | Ibarra, Esther; Bowman, Cindy S. |
| **Subject:** | FW: Pay.Gov Payment Confirmation |

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Wednesday, January 13, 2010 10:41 AM
To: Missisian, Rosemary
Subject: Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: NVD CM ECF
Pay.gov Tracking ID: 2508CG90
Agency Tracking ID: 0978-1490133

Account Holder Name: Rosemary Missisian
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: ▓▓▓▓▓▓▓▓▓▓
City: Las Vegas
State/Province: NV
Zip/Postal Code: ▓▓▓▓▓
Country: USA
Card Type: Visa
Card Number: **********▓▓▓▓
Transaction Date: Jan 13, 2010 1:40:35 PM

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Big Lots Stores, Inc.**
*TERMINATED: 06/10/2009*

**Defendant**

**Ford Motor Company**          represented by   **Vaughn Crawford**
*TERMINATED: 02/18/2011*                         Snell & Wilmer L.L.P.
                                                 400 E. Van Buren Street, 10th Floor
                                                 One Arizona Center
                                                 Phoenix, AZ 85004
                                                 602-382-6368
                                                 Fax: 602-382-6070
                                                 Email: vcrawford@swlaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Jay Joseph Schuttert**
                                                 Snell & Wilmer L.L.P.
                                                 3883 Howard Hughes Pkwy
                                                 Suite 1100
                                                 Las Vegas, NV 89169
                                                 702-784-5200
                                                 Fax: 702-784-5252
                                                 Email: jschuttert@swlaw.com
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2010 | 1 | PETITION FOR REMOVAL *Notice of Removal* from District Court of Clark County, Nevada, Case Number A584020, (Filing fee $ 350 receipt number 0978-1490133), filed by Evenflo Company Inc.. Proof of service due by 7/11/2009. Certificate of Interested Parties due by 1/23/2010.(Missisian, Rosemary) (Entered: 01/13/2010) |
| 01/13/2010 | | Case assigned to Judge Lloyd D. George and Magistrate Judge Lawrence R. Leavitt. (EDS) (Entered: 01/13/2010) |
| 01/13/2010 | 2 | NOTICE PURSUANT TO LOCAL RULE IB 2-2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website - www.nvd.uscourts.gov. **Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. **(no image attached)** (EDS) (Entered: 01/13/2010) |
| 01/13/2010 | 3 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Lloyd D. George, on 1/13/2010. By Deputy Clerk: Erin Smith. Statement regarding removed |

# EXHIBIT 2

# EXHIBIT 2

# INVOICE

Thomas G. Oakes Associates, LLC
Cherry Tree Corporate Center
535 Route 38 East, Suite 330
Cherry Hill, NJ  08002
Phone:877-625-3777  Fax:888-344-3778

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47283 | 6/3/2010 | 43324 |
| **Job Date** | **Case No.** | |
| 5/19/2010 | CMS#D009636 | |
| | **Case Name** | |
| | Lindner vs. Ford Motor Company | |
| | **Payment Terms** | |
| | Due upon receipt | |

Charles Clay, Esquire
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
950 East Paces Ferry Road
Suite 3000
Atlanta, GA  30326

| | |
|---|---|
| One Certified Copy of the Deposition of: | |
| Matthew Lindner | 528.50 |
| One Certified Copy of the Deposition of: | |
| Fernando Granados-Magallon | 270.50 |
| Exhibit-B/W | |
| Signed Order Form Available | |

TOTAL DUE  >>>                     $799.00

Reference No.  :  5693

Thank you very much.  Your continued support is most appreciated.

Tax ID: 22-3790248

*Please detach bottom portion and return with payment.*

Charles Clay, Esquire
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
950 East Paces Ferry Road
Suite 3000
Atlanta, GA  30326

Job No.     :  43324          BU ID      :8 - FORD
Case No.    :  CMS#D009636
Case Name   :  Lindner vs. Ford Motor Company

Invoice No. :  47283          Invoice Date  :6/3/2010
**Total Due  :  $ 799.00**

Remit To:  **Thomas G. Oakes Associates, LLC**
           **Cherry Tree Corporate Center**
           **535 Route 38 East, Suite 330**
           **Cherry Hill, NJ  08002**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 100806NV-LV-BR
Job Date: 08/06/2010
Order Date: 08/06/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #:   457462
Inv.Date:   08/31/2010
Balance:   $402.26

**Bill To:**
Mr. Charles L. Clay
Weinberg, Wheeler, Hudgins, Gunn & Dial, L.L.C.
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Action: Lindner, Matthew, et al
vs
Ford Motor Company, et al
Action #: 2:10-cv-00051-LD
Rep: NV-LV-BR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|------|--------------------|-------------|-------|----------|--|--------|
| 1 | Fernando Ivan Granados-Martinez | Copy | Pages | 118 | | $298.66 |
| 2 | | DVD Copy | Per tape | 2.00 | | $100.00 |
| 3 | | Exhibits Color and B&W | Total | 1.00 | | $3.60 |
| 4 | | | | | | |
| 5 | | DEPOSITION TAKEN IN | | | | |
| 6 | | LAS VEGAS, NV | | | | |

Comments:

Offices in: Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|--|--|
| Sub Total | $402.26 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $402.26 |
| Payment | $0.00 |
| Balance Due | $402.26 |

Federal Tax I.D.: 38-3231100     Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Charles L. Clay
Weinberg, Wheeler, Hudgins, Gunn & Dial, L.L.C.
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

**Deliver To:**
Mr. Charles L. Clay
Weinberg, Wheeler, Hudgins, Gunn & Dial, L.L.C.
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

# Invoice

Invoice #: 457462
Inv.Date: 08/31/2010
Balance: $402.26
Job #: 100806NV-LV-BR
Job Date: 08/06/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

## Huseby, Inc  Atlanta

An Affiliate of National Depo

Tel: 404.875.0400
Fax: 404.875.2979

Bill To: Charles Clay Esq
Weinberg Wheeler Hudgins
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326

| Invoice #: | NC106659 |
| Invoice Date: | 05/11/2011 |
| Balance Due: | $ 1,100.00 |

Case #: 210CV00051LDGLRL

| | |
|---|---|
| Case: | Matthew Linder v. Ford Motor Company |
| Job #: | 71760   \|   Job Date: 4/27/2011   \|   Delivery:   Normal |
| Billing Atty: | **Charles Clay Esq** |
| Location: | Park Place Hotel |
| | 300 East State Street \| Traverse City, MI 49684 |
| Sched Atty: | Charles Clay Esq |

| Item | Witness | Description | Amount |
|---|---|---|---|
| | Arthur Hoffman | Video Services | $1,100.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,100.00 |
| Payment: | |
| Credits: | |
| Balance Due: | $1,100.00 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:    National Depo

☐ Visa ☐ MC  ☐ Amex  ☐ Discover ☐ Lock Box

_____    _____
Credit Card #                              Exp.  Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #:  NC106659
Job #:  71760
Invoice  Date: 05/11/2011

Balance : $ 1,100.00

**Huseby, Inc Atlanta**
An Affiliate of National Depo
Tel: 404.875.0400
Fax: 404.875.2979

Bill To:  Charles Clay Esq
          Weinberg Wheeler Hudgins
          3344 Peachtree Road
          Suite 2400
          Atlanta, GA 30326

Invoice #:       NC106657
Invoice Date:    05/11/2011
Balance Due:     $ 1,635.10

Case  # :        210CV00051LDGLRL

| Case: | Matthew Linder v. Ford Motor Company |
|---|---|
| Job #: | 71760  |  Job Date: 4/27/2011  |  Delivery:  Normal |
| Billing Atty: | **Charles Clay Esq** |
| Location: | Park Place Hotel |
| | 300 East State Street | Traverse City, MI 49684 |
| Sched Atty: | Charles Clay Esq |

| Item. | Witness | Description | Amount |
|---|---|---|---|
| 1 | Arthur Hoffman | Transcript - Original & 1 copy | $1,635.10 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,635.10 |
| Payment: | |
| Credits: | |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

| Balance Due: | $1,635.10 |
|---|---|

TERMS:   Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:   National Depo

☐ Visa ☐ MC ☐ Amex   ☐ Discover ☐ Lock Box

Credit Card # _____   Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #:  NC106657
Job #:  71760
Invoice Date: 05/11/2011

Balance : $ 1,635.10

May 25 11 07:16a      Legal Video Specialists      602-254-2120            p.1

# Fax Cover Sheet

**LEGAL VIDEO SPECIALISTS, LLC**
3033 N. CENTRAL AVE. SUITE 100
PHOENIX, AZ. 85012
602-254-1400
FAX 602-254-2120

| Send to: CHARLES CLAY AND/OR ACCOUNTS PAYABLE | From: CRAIG ONUSCHAK |
|---|---|
| Attention: | Date:  5-25-11 |

❑  Urgent
❑  Reply ASAP
❑  Please comment
❑  Please Review
❑  For your Information

Total pages, including cover:     2

Comments:

PLEASE HAVE CHECK READY IN THE AMOUNT OF  $ 1,599.00 FOR  _FED-EX DRIVER._
THIS ORDER IS BEING SHIPPED TODAY, WEDNESDAY 5-25-11, AND SHOULD ARRIVE BY
FRIDAY 5-27-11

IF YOU PREFER PAYING BY CREDIT CARD PLEASE E-MAIL INFO TO
CRAIG@LEGALVIDEOAZ.COM    PLEASE INCLUDE CREDIT CARD #, EXP DATE AND
SECURITY CODE.

IF YOU HAVE ANY QUESTIONS PLEASE E-MAIL ME AT:  CRAIG@LEGALVIDEOAZ.COM
OR CALL ME AT 602-254-1400.

A COPY OF THE INVOICE IS ATTACHED.

THANK YOU!

CRAIG ONUSCHAK
PLEASE MAKE CHECK PAYABLE TO:
LEGAL VIDEO SPECIALISTS, LLC

FEDERAL TAX ID #  20-5715781

May 25 11 07:16a      Legal Video Specialists      602-254-2120                    p.2



**LEGAL VIDEO SPECIALISTS, LLC**
16410 E. CRYSTAL POINT DRIVE
FOUNTAIN HILLS, AZ. 85268
PHONE  602-254-1400
FAX       602-254-2120

# Invoice

Number:   **10393**

Date:      **May 25, 2011**

| Bill To: | Ship To: |
|---|---|
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL<br>3344 PEACHTREE RD.  SUITE 2400<br>ATLANTA, GA 30326 | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL<br>3344 PEACHTREE RD.  SUITE 2400<br>ATLANTA, GA 30326 |

| Ordering Attorney | Case Name | Terms | Ship Via |
|---|---|---|---|
| CHARLES CLAY | LINDNER v EVENFLO | COD | FED-EX |

| Date | Deponent | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 5-17-11 | DONALD STEVENS | VIDEO   FEE HOURLY RATE | 5.00 | 100.00 | 500.00 |
|  |  | CD'S ON DVD | 3.00 | 50.00 | 150.00 |
|  |  | TAPE STOCK | 3.00 | 15.00 | 45.00 |
|  |  | SYNCHRONIZING VIDEO | 4.00 | 40.00 | 160.00 |
| 5-18-11 | JOHN SMITH | VIDEO   FEE HOURLY RATE | 3.50 | 100.00 | 350.00 |
|  |  | CD'S ON DVD | 3.00 | 50.00 | 150.00 |
|  |  | TAPE STOCK | 3.00 | 15.00 | 45.00 |
|  |  | SYNCHRONIZING VIDEO | 4.00 | 40.00 | 160.00 |
|  |  | SHIPPING | 1.00 | 39.00 | 39.00 |
|  |  |  |  | **Total** | **$1,599.00** |

PAST DUE INVOICES ARE SUBJECT TO FINANCE CHARGES OF
1 1/2% PER MONTH (18% ANNUALLY) ON THE BALANCE DUE.

FEDERAL TAX ID #  20-5715781

# INVOICE

## GRIFFIN AND ASSOCIATES, LLC
*3030 NORTH CENTRAL AVENUE*
*SUITE 1102*
*PHOENIX, ARIZONA 85012*
*PHONE:  (602)  264-2230   FAX:  (602)  264-2245*
*FED ID# 74-3158557*

MR. CHARLES L. CLAY                                June  3, 2011
WEINBERG, WHEELER, HUDGINS, GUNN,
& DIAL, LLC.                                       **Invoice#** 037956
3344 PEACHTREE ROAD, NE
SUITE 2400                                         **Balance:** $1,354.10
ATLANTA, GA 30326

Re: LINDNER VS. FORD MOTOR COMPANY
    (DONALD C. STEVENS)
     on 05/17/11
     by DIANE DONOHO

| Charge Description | Amount |
|---|---|
| VIDEOTAPED DEPOSITION OF:  DONALD STEVENS | |
| ATTENDANCE FEE | 160.00 |
| TRANSCRIPT- 132 PAGES | 521.40 |
| ROUGH DRAFT | 165.00 |
| MIN-U-SCRIPT/WORD INDEX ONLY AND ASCII ON CD | 30.00 |
| ELECTRONIC TRANSCRIPT | 25.00 |
| EXHIBIT REPRODUCTION (2 SETS - ORIG & COPY) | 438.70 |
| DELIVERY/HANDLING  (NO CHARGE) | |
| DELIVERY (RETURN EXHIBITS TO STEVENS) | 14.00 |

"KNOW YOUR RIGHTS PER THE ARIZONA SUPREME COURT
BOARD OF COURT REPORTERS CODE OF CONDUCT ACJA7-206
PROTECT YOUR CLIENT.  REQUEST ITEMIZED INVOICES."

1.50% per month on unpaid balance

          P l e a s e   R e m i t   - - - >   Total Due: $1,354.10

**Please tear off stub and return with payment.**

*THIS INVOICE IS DUE AND PAYABLE WITHIN 10 DAYS*
*VISA - MASTERCARD - AMEX PAYMENTS ACCEPTED*

GRIFFIN AND ASSOCIATES COURT REPORTERS            Invoice# 037956
3030 NORTH CENTRAL AVENUE
SUITE 1102                                         Balance$   1,354.10
PHOENIX, ARIZONA  85012

# INVOICE

## GRIFFIN AND ASSOCIATES, LLC

*3030 NORTH CENTRAL AVENUE*
*SUITE 1102*
*PHOENIX, ARIZONA 85012*
PHONE:   (602) 264-2230 FAX:   (602) 264-2245
*FED ID# 74-3158557*

MR. CHARLES L. CLAY                                June  3, 2011
WEINBERG, WHEELER, HUDGINS, GUNN,
& DIAL, LLC.                                       Invoice# 037959
3344 PEACHTREE ROAD, NE
SUITE 2400                                         Balance:  $1,458.62
ATLANTA, GA 30326

Re: LINDNER VS. FORD MOTOR COMPANY
    (JOHN J. SMITH)
      on 05/18/11
      by CATHY J. TAYLOR

| Charge Description | Amount |
|---|---|
| VIDEOTAPED DEPOSITION OF: JOHN J. SMITH, PE | |
| ATTENDANCE FEE | 140.00 |
| TRANSCRIPT- 125 PAGES | 493.75 |
| ROUGH DRAFT/REAL TIME | 156.25 |
| MIN-U-SCRIPT/WORD INDEX ONLY | 15.00 |
| ASCII ON CD | 15.00 |
| ELECTRONIC TRANSCRIPT | 25.00 |
| EXHIBIT REPRODUCTION | 565.62 |
| DELIVERY/HANDLING (FEDEX PLUS JOHN SMITH SHIP) | 48.00 |

"KNOW YOUR RIGHTS PER THE ARIZONA SUPREME COURT
BOARD OF COURT REPORTERS CODE OF CONDUCT ACJA7-206
PROTECT YOUR CLIENT.  REQUEST ITEMIZED INVOICES."

1.50% per month on unpaid balance


        P l e a s e   R e m i t   - - - >   Total Due:  $1,458.62

          **Please tear off stub and return with payment.**

        *THIS INVOICE IS DUE AND PAYABLE WITHIN 10 DAYS*
          *VISA - MASTERCARD - AMEX PAYMENTS ACCEPTED*



GRIFFIN AND ASSOCIATES COURT REPORTERS        Invoice# 037959
3030 NORTH CENTRAL AVENUE
SUITE 1102                                    Balance$   1,458.62
PHOENIX, ARIZONA  85012

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Charles "Chuck" L. Clay, Jr.
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Road, Northeast
Suite 2400
Atlanta, GA 30326-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Teresa Ortiz
tortiz@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Benson & Bingham |
| Taking Attorney: | Joseph L. Benson, II |
| Case Name: | Lindener vs Evenflo |
| Case No.: | 2:10-CV-000:1-LDG-LRL |

| | |
|---|---|
| INVOICE NO. | A5017F7 AB |
| FIRM NO. | 0114001 |
| INVOICE DATE | 04/18/2011 |
| | DUE UPON RECEIPT |

Description:   Electronic transcript of the deposition of
Randolph L. Kiser, taken 3/29/2011.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Medical/Expert | 189.00 | $ 2.90 | $ 548.10 |
| Exhibit Copies (pages) | 74.00 | $ .40 | $ 29.60 |
| Exhibit Copies (pages) - Color | 69.00 | $ 1.75 | $ 120.75 |
| | | | - $ 0.00 |
| PAYMENTS | | | $ 698.45 |
| BALANCE DUE | | | |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - Fold and tear at this perforation, then return stub with payment. - - - - -

| BALANCE DUE | $ 698.45 |
|---|---|

For:   Electronic transcript of the deposition of
Randolph L. Kiser, taken 3/29/2011.

| INVOICE NO. | A5017F7 AB |
|---|---|
| FIRM NO. | 0114001 |

From:   Charles "Chuck" L. Clay, Jr.
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Road, Northeast
Suite 2400
Atlanta, GA 30326-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Charles "Chuck" L. Clay, Jr.
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Road, Northeast
Suite 2400
Atlanta, GA 30326-

| | |
|---|---|
| INVOICE NO. | A505E78 AB |
| FIRM NO. | 0114001 |
| INVOICE DATE | 07/29/2011 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Teresa Ortiz
tortiz@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |

| | |
|---|---|
| Setting Firm: | Benson & Bingham |
| Taking Attorney: | Joseph L. Benson, II |
| Case Name: | Lindner vs Ford |
| Case No.: | 2:10-CV-00051-LDG-LRL |

Description:   Certified copy of the reporter's transcript of the deposition of William Van Arsdell, taken 7/14/2011.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Medical/Expert | 167.00 | $ 1.68 | $ 280.56 |
| CD Copy: Ascii/etrans/PDF | 1.00 | $ 20.00 | $ 20.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 30.00 | $ 30.00 |
| | | | |
| PAYMENTS | | | - $ 0.00 |
| BALANCE DUE | | | $ 345.56 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - -

| BALANCE DUE | $   345.56 |
|---|---|
| INVOICE NO. | A505E78 AB |
| FIRM NO. | 0114001 |

For:          Certified copy of the reporter's transcript of the deposition of William Van Arsdell, taken 7/14/2011.

From:   Charles "Chuck" L. Clay, Jr.
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Road, Northeast
Suite 2400
Atlanta, GA 30326-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ESQUIRE

Esquire Solutions - Las Vegas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 845-3376
Fax (866) 590-3205



CHARLES CLAY ,ESQ.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL,
SUITE 2400
3344 PEACHTREE ROAD
ATLANTA, GA 30326

### Invoice # PL301510

| | |
|---|---|
| Invoice Date | 06/25/2011 |
| Terms | NET 45 |
| Payment Due | 07/25/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/25/2011 | LINDNER, MATTHEW vs. FORD MOTOR COMPAN | 385068 | 06/21/2011 | UPS |

| Description |
|---|
| Copy Deposition for GERALD CORWIN, 05/25/2011 (HOUSTON, TX) |
|     EXHIBITS |
|     SUMMARY |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 08/09/2011** | **$ 353.25** |
| Amount Due After 08/09/2011 | $ 388.58 |

Tax Number:   20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

ESQUIRE
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | PL301510 |
| Payment Due: | 07/25/2011 |
| **Amount Due On/Before 08/09/2011** | **$ 353.25** |
| Amount Due After 08/09/2011 | $ 388.58 |

CHARLES CLAY ,ESQ.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL,
SUITE 2400
3344 PEACHTREE ROAD
ATLANTA, GA 30326

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

016 0000301510 06252011 6 000035325 9 07252011 08092011 2 000038858 54

 ESQUIRE

Esquire Solutions - Las Vegas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


ESQUIRE
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 845-3376
Fax (866) 590-3205

### *Invoice # PL301690*

| | |
|---|---|
| Invoice Date | 06/27/2011 |
| Terms | NET 45 |
| Payment Due | 08/11/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CHARLES CLAY ,ESQ.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL,
SUITE 2400
3344 PEACHTREE ROAD
ATLANTA, GA 30326

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/27/2011 | LINDNER, MATTHEW vs. FORD MOTOR COMPAN | 385070 | 06/17/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 05/27/2011, ROBERT BANKS (SAN ANTONIO, TX) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 309.74 |
| EXHIBITS | $ 476.80 |
| SUMMARY | $ 80.00 |
| COPY HANDLING FEE | $ 20.00 |
| | $ 886.54 |
| | |
| DEL-STANDARD | $ 33.00 |
| | $ 33.00 |

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 08/11/2011** | | **$ 919.54** |
| Amount Due After 08/11/2011 | | $ 1,011.49 |

Tax Number:    20-4667049

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA   AMERICAN EXPRESS   DISCOVER   MASTERCARD


ESQUIRE
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | PL301690 |
| Payment Due: | 08/11/2011 |
| **Amount Due On/Before 08/11/2011** | **$ 919.54** |
| Amount Due After 08/11/2011 | $ 1,011.49 |

CHARLES CLAY ,ESQ.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL,
SUITE 2400
3344 PEACHTREE ROAD
ATLANTA, GA 30326

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

## Terms and Conditions

**GENERAL**

1. Parties. "Seller" means Alexander Gallo Holdings, ("AGH") and "Buyer" means AGH's client, attorney and law firm as well as the client that the attorney or law firm is representing, jointly and severally.

2. These terms and conditions (the "Terms and Conditions") supersede all prior representations or arrangements and contain the entire agreement between the parties in connection with Alexander Gallo Holdings products and services. Seller's acceptance of Buyer's order and sale of the products and services to Buyer are expressly conditioned upon Buyer's assent to these Terms and Conditions of Sale and any and all other terms and conditions, claimed to be expressed or implied, are excluded. Alexander Gallo Holdings hereby expressly objects to and rejects any and all additional or different terms contained in any other documents submitted by Buyer in connection with the sale of the products. Any conduct by Buyer which recognizes the existence of a contract between Seller and Buyer, including, without limitation, acceptance of delivery of or payment for the Products and Services shall be conclusive evidence of Buyer's assent to these Terms and Conditions.

3. No subsequent document, purchase order, or conduct, including acts or verbal statements of any buyer shall purport to modify these Terms and Conditions.

4. For further information regarding our pricing policy go to: www.esquiresolutions.com/services

**CREDIT AND PAYMENT TERMS**

1. Credit terms, if any, both as to time and amount, may be limited or revoked by Seller at any time without prior notice and thereafter the price of all or any part of Products delivered or to be delivered shall be payable in accordance with such limited credit terms, or, at Seller's option, in cash before shipment or on or after acceptance of delivery ("COD"). In circumstances described in Section 6(a), all unpaid balances owing to Seller from Buyer shall become immediately due and payable.

2. The Buyer agrees to pay for all services and products according to the terms established by the creditor in response to his order. No terms and conditions of any invoice or purchase order which differ from the terms as established by the creditor will govern the relationship between the parties.

3. The client agrees that all amounts payable on or before the due date as shown on each invoice will be paid, and if not paid on or before said date, are then delinquent. Client further agrees that any amount which is not paid when due shall be subject to an interest charge of 1.5% per month or the highest rate allowed by applicable law, until paid in full.

4. The customer agrees to be responsible for all collections costs and attorney's fees in the event AGH is forced to place the account for collection with an outside agency. If the collection is handled in-house by AGH, customer agrees to be responsible for the in-house time and costs incurred which will be billed at the rate of $50.00 per hour.

5. A $35 handling fee will be assessed to checks returned for insufficient funds.

**SOLVENCY**

1. The client represents that, as of the date of its order or scheduled deposition, it is solvent, able to pay its debt as they come due and has not filed, nor is it subject of any petition of bankruptcy or for reorganization under any federal or state bankruptcy law. Should the foregoing representation become false at any time during the course of a business relationship between the client and the creditor or while the client owes any amount to the creditor, client agrees to immediately notify AGH of all facts surrounding such occurrences.

2. The client authorizes AGH to obtain a written or oral credit report from any credit reporting agency. In addition, the client further authorizes any bank or commercial business with whom the client is doing or has done any type business to give any and all necessary information to AGH which will assist the creditor in the investigation. The client further authorizes the creditor to reinvestigate the client's credit status from time to time as the creditor deems necessary.

**GOVERNING LAW**

1. The Contract, including, without limitation, these Terms and Conditions, shall be governed by and construed in accordance with law of the State of New Jersey.

2. The Buyer agrees that the jurisdiction and venue for all disputes under this invoice will be New Jersey.

**MISCELLANEOUS**

1. Buyer may not assign its rights under the contract without Seller's prior written consent.

2. Failure by seller at any time or times to require strict performance of any provision hereof shall not be considered to be a waiver of Seller's rights with respect to such breach or any succeeding breach of such provision or any other provision of these Terms and Conditions.

3. If any provision of these Terms and Conditions or the application thereof to any person or circumstance shall to any extent be held invalid or unenforceable, the remainder of such Terms and Conditions or the application of such provision to person or circumstances other than those to which it was held to be invalid or unenforceable shall not be affected thereby and shall be valid and be enforceable to the fullest extent permitted by law.

4. Except where it is specified that a price stated is "firm", all prices are subject to change and orders will be invoiced at Seller's prices prevailing at the time the deposition is taken.  All accounts are payable in U.S. funds, free of exchange, collection or other charges, in cases where price for Products include shipping costs, any increase in such shipping  costs shall be for Buyer's account and Buyer agrees to pay Seller such increases.

5. All applicable sales and use taxes, or any other taxes or charges imposed now or in the future by any federal, state, foreign or local authority upon the production, sale, or transportation of the Products shall be for the account Buyer.

## Disclaimer

Attorney is responsible for payment of all charges incurred.  Payment due by "Payment Due" date shown on invoice.  Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, deposition summary, shipping, video charges and may include other service charges based on job or region.  Some services and rates may vary by job or region.  Please contact your local office for specific detail and questions.

## W9

DO YOU NEED A W9? VISIT http://w9.esquiresolutions.com/w9.html

Save (More) Time with EsquireConnect

New! Pay Your Invoices Online
Save time — and paper — by viewing and paying your invoices online.  Simply login to EsquireConnect.net or call your local sales representative to learn more.

**Invoice**

### NW TRANSCRIPTS, LLC
*P.O. BOX 890*
*NAMPA, ID 83653-0890*
*(208) 908-7998*
*gayle@nwtranscripts.com*

| Date |
| --- |
| 3/7/2011 |

| ORDERED BY |
| --- |
| ROSEMARY MISSISIAN @ WEINBERG WHEELER<br>6385 S. RAINBOW BLVD, SUITE 400<br>LAS VEGAS, NEVADA 89118 |

| CASE INFORMATION |
| --- |
| RE: LINDER v. FORD MOTOR<br>DOCKET: 2:10-CV-0051-LDG-LRL<br>DATE: 11/17/10<br>TYPE: HEARING ON MOTIONS<br>JUDGE: LLOYD D. GEORGE |

| EIN # 57-1216012 | DATE RECEIVED | DELIVERY/EMA... | ORD/EXP/DAILY | OFFICE FILE # |
| --- | --- | --- | --- | --- |
| KAY | 3/4/2011 | 3/7/2011 | DAILY | 211330013 - LIN... |

| Item | Description | PAGE RATE | PAGES | Amount |
| --- | --- | --- | --- | --- |
| $6.05 PER PAGE DEPOSIT RECEI... | DAILY TRANSCRIPT<br>DEPOSIT RECEIVED $42.35<br><br>EMAILED TO cbowman@wwhgd.com IN PDF<br>FORMAT. NO HARD COPY TO FOLLOW.<br><br>THANK YOU. | 6.05 | 7 | 42.35 |

I certify that the transcript fees charged and page format used comply with the requirements of the Court.

| | |
| --- | --- |
| **Total** | $42.35 |
| **Payments/Credits** | $-42.35 |
| **Balance Due** | $0.00 |

EXHIBIT 3

EXHIBIT 3



720 E. Charleston Blvd
Suite 203
Las Vegas, NV 89104
Phone: 702.384.3840
Fax: 702.384.1853

# Invoice

| Date | Invoice # |
|---|---|
| 2/3/2011 | 74018 |

*2758.001*
*c/o*
*2-4-11*

Our Address has
Changed.  Please
Remit Payment to Our
New Address Above

**Bill To:**
Weinberg, Wheeler, Hudgins, Gunn & Dial
6385 S. Rainbow Blvd. Suite 400
Las Vegas, NV 89118

Phone   702-938-3838          Fax   702-938-3864

| P.O. No. | Terms | Rep | Ship Date | Ordered By | QUiVX Job # | Client Matter # |
|---|---|---|---|---|---|---|
|  | Net 30 | JMA | 2/3/2011 | Mary | 74554 | 2758.001 |

| Qty | Description | Item | Amount |
|---|---|---|---|
|  | Job Description: COPY ORIGINAL DISK'S, LABEL PER CLIENT INSTRUCTIONS AND CREATE 5 COMPLETE SETS |  |  |
| 20 | CD Duplication | CD Duplication | 240.00T |
| 5 | DVD Duplication | DVD | 100.00T |
|  | Sales Tax |  | 27.54 |

*$73.51*
*367.54/5 =*

| | |
|---|---|
| Received by: | **Total**    $367.54 |
| Signature: _____ Printed Name: _____ | |

Invoices past due will incur a 1.5% late fee each month.
We recognize that some of our customers may be billing these expenses to their clients. However, QUiVX' customers
remain ultimately responsible for payment within our terms regardless of their receivables.

**Please make checks payable to: QUiVX**
Tax Information: CHOICE LEGAL DOCUMENT SOLUTIONS, INC. Tax ID# 56-2317932



720 E. Charleston Blvd
Suite 203
Las Vegas, NV 89104
Phone: 702.384.3840
Fax: 702.384.1853

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/2/2011 | 74003 |

**Bill To:**

Weinberg, Wheeler, Hudgins, Gunn & Dial
6385 S. Rainbow Blvd. Suite 400
Las Vegas, NV 89118

Phone   702-938-3838          Fax   702-938-3864

Our Address has
Changed.  Please
Remit Payment to Our
New Address Above

| P.O. No. | Terms | Rep | Ship Date | Ordered By | QUiVX Job # | Client Matter # |
|----------|-------|-----|-----------|------------|-------------|-----------------|
|  | Net 30 | JMA | 2/2/2011 | Mary | 74531 | 2758.001 |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
|  | Job Description: COPY ORIGINAL DISK'S X 1 AND LABEL PER CLIENT INSTRUCTIONS |  |  |
| 4 | CD Duplication | CD Duplication | 48.00T |
| 1 | DVD Duplication | DVD | 20.00T |
|  | Sales Tax |  | 5.51 |

| Total | $73.51 |
|-------|--------|

Received by:

Signature:                    Printed Name:

Invoices past due will incur a 1.5% late fee each month.
We recognize that some of our customers may be billing these expenses to their clients. However, QUIVX' customers
remain ultimately responsible for payment within our terms regardless of their receivables.

**Please make checks payable to: QUiVX**
Tax Information: CHOICE LEGAL DOCUMENT SOLUTIONS, INC. Tax ID# 56-2317932

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



## HealthPort
### INVOICE

Invoice #: **0078421474**
Date:     **7/6/2010**
Customer #: 1561742

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MICHELLE STEVENSON SISON<br>WEINBERG WHEELER HUDGINS ET AL<br>6385 S RAINBOW BLVD STE 400<br>LAS VEGAS, NV 89118 | MICHELLE STEVENSON SISON<br>WEINBERG WHEELER HUDGINS ET AL<br>6385 S RAINBOW BLVD STE 400<br>LAS VEGAS, NV 89118 | SUNRISE HOSPITAL _MEDICAL CTR<br>3186 SOUTH MARYLAND PARKWAY<br>LAS VEGAS, NV 89109 |

Requested By: WEINBERG WHEELER HUDGINS ET AL
Patient Name: LINDNER CAMILA LYNETTE

DOB:     012908
SSN:     *****8484

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 57 | 0.60 | 34.20 |
| Shipping/Handling | | | 2.92 |
| Subtotal | | | 37.12 |
| Sales Tax | | | 3.01 |
| Invoice Total | | | 40.13 |
| Balance Due | | | 40.13 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

**Please remit this amount : $ 40.13 (USD)**

-------------------------------✂-------------------------------

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0078421474**

Check # _____

Payment Amount $_____

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.

# EXHIBIT 4

# EXHIBIT 4

*Safety Engineering & Forensic Analysis, Inc.*
*123 S. Weber Drive*
*Chandler, AZ  85226*

Phone: 480.706.2963
Fax: 480.706.7066
Federal ID #91-2188734
Email: sue@sefainc.com

December 23, 2010

Ms. Rosemary Missisian
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd. #400
Las Vegas NV 89118

Our File Number:   0005 - 1
Billed through Date:   12/23/2010

PROFESSIONAL SERVICES:

| | Hours | Amount |
|---|---|---|
| Defense Inspection | 5.00 | 420.00 |
| Total Professional Services Rendered | 5.00 | $420.00 |
| | | $420.00 |

**TOTAL NOW DUE ON THE 30th**

Use file No. above on check not Invoice No:   22000

| INVOICE NUMBER | | MEMO | BALANCE |
|---|---|---|---|
| csb | 2758- | 10700-000 Clt Hard Costs - Unbilled | 600.00 |
| | 1 | | |
| | | Safety Engineering & Forensic Analysis, Inc.-Inspection | |

| CHECK DATE | CHECK NUMBER | | TOTAL | 600.00 |
|---|---|---|---|---|
| 12/21/2010 | 000087176 | | | |

---

87176

**Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC**
3344 PEACHTREE ROAD, N.E.
SUITE 2400
ATLANTA, GA 30326

**BB&T**
Branch Banking and Trust Company
ATLANTA, GEORGIA

64-1341/611

PAY: *Six Hundred and 00/100 Dollars*

| NUMBER | DATE | AMOUNT |
|---|---|---|
| 000087176 | 12/21/2010 | ********600.00 |

TO THE
ORDER
OF

**Safety Engineering & Forensic Analysis**
123 S. Weber Drive
Chandler, AZ 85226

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

VOID AFTER 180 DAYS

⑆087176⑆ ⑆061113415⑆ 0005241780300⑈

---

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC         Safety Engineering & Forensic Analysis         87176

| DATE | INVOICE NUMBER | | MEMO | BALANCE |
|---|---|---|---|---|
| 12/21/2010 | csb | 2758- | 10700-000 Clt Hard Costs - Unbilled | 600.00 |
| | | 1 | | |
| | | | Safety Engineering & Forensic Analysis, Inc.-Inspection | |

| CHECK DATE | CHECK NUMBER | | | |
|---|---|---|---|---|
| 12/21/2010 | 000087176 | **FILE COPY** | TOTAL | 600.00 |