JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276
**BENSON & BINGHAM**
11441 Allerton Park Drive, Suite. 100
Las Vegas, NV 89135
litigate@bensonbingham.com
P: (702) 382-9797
F: (702) 382-9798

LARRY W. LAWRENCE, ESQ.
Texas Bar No. 794145
**LAWRENCE LAW FIRM**
3112 Windsor Rd., Ste. A234
Austin, TX 78703
lawrencefirm@aol.com
P: (956) 994-0057
F: (956) 994-0741
Attorneys for Plaintiff

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTHEW R. LINDNER, individually; as surviving spouse and legal heir of ELSY LETICIA GRANADOS-MARTINEZ, deceased; as surviving parent and legal heir of CAMILA LYNETE LINDNER, a deceased minor; and as Guardian Ad Litem of PAULINA GRANADOS-MARTINEZ, a minor; FERNANDO GRANADOS-MAGALLON, individually and as surviving spouse and legal heir of REFUGIO LETICIA MARTINEZ COSIO,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; BERTHA MEZA d/b/a OROZCO AUTO SALES; EVENFLO COMPANY, INC., a Delaware corporation; BIG LOTS STORES, INC., an Ohio corporation; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | No.: 12-15470<br><br>D.C. No. 2:10-cv-00051-LDG-VCF<br>District of Nevada,<br>Las Vegas<br><br>**NOTICE OF NO TRANSCRIPTS TO BE ORDERED** |

200329

## NOTICE OF NO TRANSCRIPTS TO BE ORDERED

Notice is hereby given that no transcripts will be ordered in the instant matter.

DATED this 18th day of September, 2012.

**BENSON & BINGHAM**

/s/ Joseph L. Benson II, Esq.

_____
JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276
11441 Allerton Park Drive, Suite. 100
Las Vegas, NV 89135
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), on this 18th day of September, 2012, the **NOTICE TO PROCEDURE APPEAL** was served on the interested parties, by filing with CM-ECF and mailing a copy thereof, first class mail, postage prepaid, and addressed as follows:

| | |
|---|---|
| Larry W. Lawrence, Esq.<br>Lawrence Law Firm<br>3112 Windsor Rd., Ste. A234<br>Austin, TX 78703<br>Co-Counsel for Plaintiffs | Charles L. Clay, Jr., Esq.<br>Rosemary Missisian, Esq.<br>Weinberg Wheeler Hudgins Gunn & Dial<br>6385 S. Rainbow Blvd., Ste. 400<br>Las Vegas, NV 89118<br>Counsel for Defendants<br>Evenflo Company, Inc. |

Court Reporter
United States District Court – District of Nevada
Las Vegas Division
333 Las Vegas Blvd., South
Las Vegas, NV 89101

                                          /s/ Crystal Y. Case
                                  An employee of Benson & Bingham