

**FILED**

JUL 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTHEW R. LINDNER, individually, as surviving parent and legal heir of Camila Lynete Lindner, a deceased minor, and as Guardian Ad Litem of Paulina Granados-Martinez, a minor,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; et al.,<br><br>       Defendants,<br><br> and<br><br>EVENFLO COMPANY, INC., a Delaware corporation,<br><br>       Defendant - Appellee. | No. 12-15470<br><br>D.C. No. 2:10-cv-00051-LDG-VCF<br>District of Nevada, Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

    The court has received and reviewed appellant's response to this court's March 1, 2013, order to show cause. Appellant Matthew R. Lindner's attorney, Joseph L. Benson, II, Esq., has been appointed guardian ad litem for Paulina Granados-Martinez. Moreover, appellant Matthew R. Lindner has personally

SLJ/MOATT

stated that he intends to prosecute this appeal on his behalf and on behalf of Camila Lynete Lindner. Accordingly, the order to show cause is discharged, and appellee's motion to dismiss this appeal as to Paulina Granados-Martinez for lack of standing is denied.

The Clerk shall amend the caption of this appeal to reflect that Joseph L. Benson, II, Esq., shall proceed as guardian ad litem for Paulina Granados-Martinez, and remove reference to Matthew L. Lindner as guardian ad litem for Paulina Granados-Martinez.

The opening brief and excerpts of record are due August 21, 2013; the answering brief is due September 20, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

SLJ/MOATT