FILED

NOV 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTHEW R. LINDNER, individually, as surviving parent and legal heir of Camila Lynete Lindner, a deceased minor and JOSEPH L. BENSON, II, Esquire, as guardian ad litem for Paulina Granados-Martinez,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; et al.,<br><br>        Defendants,<br><br> And<br><br>EVENFLO COMPANY, INC., a Delaware corporation,<br><br>        Defendant - Appellee. | No. 12-15470<br><br>D.C. No. 2:10-cv-00051-LDG-VCF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

     The appellants' motion for leave to file a late brief is granted. The Clerk shall file the previously submitted opening brief. The answering brief is due December 9, 2013, and the optional reply brief is due within 14 days after service of the answering brief.

     The appellee's motion to dismiss this appeal is denied.

Cag/11.04.13/Appellate Commissioner