Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3773 Howard Hughes Parkway, Suite 390N
Las Vegas, Nevada 89169
(702) 938-3838

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW R. LINDNER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br>Defendants. | Case No.:   2-10-CV-00051-LDG-VCF<br><br>**JOINT APPLICATION FOR EXTENSION OF SCHEDULED DEADLINES** |

Defendant Evenflo Company, Inc. and Plaintiff Matthew Lindner file this Joint Application for Extension of Scheduled Deadlines pursuant to LR 26-4.

The Joint Pre-Trial Order is due January 9, 2015. [Doc. No. 88]. The parties seek to extend this deadline by 30 days to February 9, 2015. Good cause exists as the parties are intending to submit a joint report and trial is not scheduled until March 27, 2015, at the earliest. Prior to the appeal of this matter to the Ninth Circuit, the Motion for Summary Judgment was filed in August 2011, and as a result of time passing, in addition to the holiday schedule, the parties need additional time to decide on exhibits and deposition pages, and determine undisputed facts for trial.

DATED: January 9, 2015.

*/s/ Larry Lawrence*
Joseph L. Benson II, Esq.
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135

Larry W. Lawrence, Jr., Esq.
Lawrence Law Firm
3112 Windsor Road, Suite A-234
Austin, TX 78703
*Attorneys for Plaintiffs*

*/s/ Rosemary Missisian*
Rosemary Missisian, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN AND DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Telephone:   (702) 938-3838
Facsimile:   (702) 938-3864
rmissisian@wwhgd.com

Charles Lloyd Clay, Jr., Esq.
Chuck Clay & Associates
225 Peachtree Street, N.E., Suite 1700
Atlanta, GA 30303
Telephone:   (404) 949-8118
chuck@chuckclay.com
*Attorneys for Defendant*
*EVENFLO COMPANY, INC.*