**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MATTHEW R. LINDNER, | |
|           Plaintiff, | 2:10-cv-00051-LDG-VCF |
| vs. | **ORDER** |
| FORD MOTOR COMPANY, *et al.*, | |
|           Defendants. | |

Before the court is the Request for Continuance of Settlement Conference (#101).

IT IS HEREBY ORDERED that an in-chambers' telephonic hearing is scheduled for 1:00 p.m., May 14, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 6th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE