UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW LINDNER, et al., | Case # 2-10-CV-0051 |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| EVENFLO COMPANY, et al., | |
| Defendant(s). | FILING FEE IS $250.00 |

_____Richard P. Cassetta_____, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Bryan Cave_____
                        (firm name)

with offices at _____211 North Broadway, Suite 3600_____,
                              (street address)

_____St. Louis_____, _____Missouri_____, ___63102___
        (city)                    (state)              (zip code)

___314-259-2823___, ___richard.cassetta@bryancave.com___
(area code + telephone number)          (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Evenflo Company, Inc._____ to provide legal representation in connection with
            [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

1      3.    That since   September 29, 1995  , Petitioner has been and presently is a

2                        (date)

member in good standing of the bar of the highest Court of the State of     Missouri

3                                                                                   (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7      4.    That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19

20      5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21  or administrative body, or any resignation or termination in order to avoid disciplinary or

22  disbarment proceedings, except as described in detail below:

None.

2

Rev. 1/15

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

> American Bar Association; Missouri Bar Association; Illinois Bar Association.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                           Petitioner's signature

5   STATE OF _____Missouri_____ )

6   COUNTY OF _____St. Louis_____ )

7       _____Richard P. Cassetta_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                           Petitioner's signature

10  Subscribed and sworn to before me this

11  11th day of May, 2015.

12

13  _____Claudia A Papenberg_____

14      Notary Public or Clerk of Court

15                                         CLAUDIA A. PAPENBERG<br>                                      Notary Public - Notary Seal<br>                                      STATE OF MISSOURI<br>                                        St. Louis City<br>                          My Commission Expires: Jan. 17, 2016<br>                                Commission # 12514885

16  ### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____Rosemary Missian_____,

20                                                           (name of local counsel)<br>Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action. The address and email address of

22  said designated Nevada counsel is:

23                              6385 S. Rainbow Blvd., Suite 400

24                                   (street address)

25          Las Vegas,         Nevada,         89118<br>         (city)                (state)          (zip code)

26          702-938-3838       ;     rmissisian@wwhgd.com

27       (area code + telephone number)           (Email address)

28

                                          4                                    Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Rosemary Missisian _____ as his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

_William J. Gross_
(party's signature)

William J. Gross, Executive VP, General Counsel  Evenflo
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Rosemary_
Designated Resident Nevada Counsel's signature

_8575_          _rmissisian@wwhgd.com_
Bar number          Email address

APPROVED:

Dated: this _15_ day of _May_, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

5

Rev. 1/15

## Richard P. Cassetta

## State and Federal Court Admissions

| Court | BAR # | Approx. Date Admitted (if available) |
|---|---|---|
| US Supreme Court | N/A | 2/23/04 |
| US Court of Appeals, DC Circuit | 49502 | 12/6/99 |
| US Court of Appeals, 4th Circuit | N/A | 9/27/07 |
| US Court of Appeals, 5th Circuit | | 2/27/13 |
| US Court of Appeals, 7th Circuit | N/A | 12/17/04 |
| US Court of Appeals, 8th Circuit | 99-0216 | 3/29/99 |
| US Court of Appeals, 9th Circuit | N/A | 2007 |
| US Court of Appeals, 10th Circuit | N/A | 7/21/99 |
| USDC, District of Columbia | N/A | 1998 |
| USDC, Southern District of Illinois | N/A | 7/21/99 |
| USDC Northern District of Illinois | N/A | 2010 |
| USDC, Eastern District of Missouri | 43821MO | 1996 |
| USDC, Western District of Missouri | 43821 | 3/5/99 |
| USDC, Eastern District of Texas | 08656000 | 1997 |
| Missouri | 0043821 | 9/29/95 |
| Illinois | 06230817 | 5/9/96 |
| District of Columbia | 457781 | 3/9/98 |
| USDC, Colorado | | 12/12/14 |

2660172.1.1



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, *Clerk of the District of Columbia Court of Appeals, do hereby certify that*

## RICHARD P. CASSETTA

*was on*   **MARCH 9, 1998**   *duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on* **May 8, 2015**

*JULIO A. CASTILLO*
*Clerk of the Court*

By: _____
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Richard Paul Cassetta

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 9, 1996 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, May 8, 2015.

*Carolyn Taft Grosboll*

Clerk

## The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/29/1995,

## Richard Paul Cassetta

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 11th day of May 2015.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri