Rosemary Missisian, Esq.
Nevada Bar No. 8877
WEINBERG, WHEELER, HUDGINS,
    GUNN AND DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118
Telephone:    (702) 938-3838
Facsimile:     (702) 938-3864
rmissisian@wwhgd.com

Attorneys for Defendant Evenflo, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW R. LINDNER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants. | Case No. :    2-10-CV-0051-LDG-LRL<br><br>**STIPULATION AND ORDER RE PRE-TRIAL DEADLINES** |

Defendant Evenflo Company, Inc. and Plaintiff Matthew Lindner, by and through respective counsel of record, file this Joint Stipulation and Request for Order concerning the following Pre-Trial Deadline.

1. The Joint Pre-Trial Order was entered on February 17, 2015. This matter is set for trial on July 20, 2015. Trial briefs, jury instructions, and jury panel questions are due July 7, 2015.

2. The Court has ordered mandatory mediation, which is set for June 15, 2015.

3. Pursuant to Section VII of the Joint Pre-Trial Order, the Parties agreed to meet and confer on Exhibit Lists and submit any stipulations and objections at least 45 days prior to the July 20, 2015, trial. The Parties stipulate and agree to Exchange Final Exhibit Lists by the close of business on June 12, 2015. The Parties further stipulate and agree to submit Objections by June 26, 2015.

1  4. Pursuant to Section VII of the Joint Pre-Trial Order, Defendant provided its Deposition Page Designations. The Parties stipulate and agree that final Deposition Designations will be due by the close of business on June 12, 2015. Counter-Designations and/or Objections to Designated Deposition Testimony will be due by the close of business on June 26, 2015.

DATED: June 4, 2015

| | |
|---|---|
| /s/ Joseph L. Benson II | /s/ Rosemary Missisian |
| Joseph L. Benson II, Esq. | Rosemary Missisian, Esq. |
| BENSON & BINGHAM | WEINBERG, WHEELER, HUDGINS, |
| 11441 Allerton Park Drive, Suite 100 | GUNN AND DIAL, LLC |
| Las Vegas, NV 89135 | 6385 S. Rainbow Blvd., Suite 400 |
| | Las Vegas, NV 89118 |
| Larry W. Lawrence, Jr., Esq. | Telephone: (702) 938-3838 |
| Lawrence Law Firm | Facsimile: (702) 938-3864 |
| 3112 Windsor Road, Suite A-234 | rmissisian@wwhgd.com |
| Austin, TX 78703 | |
| | Charles Lloyd Clay, Jr., Esq. |
| Ricardo A. Garcia, Esq. | Chuck Clay & Associates |
| Jody R. Mask, Esq. | 225 Peachtree Street, N.E., Suite 1700 |
| Garcia Ochoa & Mask, LLP | Atlanta, GA 30303 |
| 820 S. Main St. | Telephone: (404) 949-8118 |
| McAllen, TX 78501 | chuck@chuckclay.com |
| ric@gomlaw.com | |
| jody@gomlaw.com | Richard P. Cassetta, Esq. |
| *Attorneys for Plaintiff* | *Admitted Pro Hac Vice* |
| | Dan H. Ball, Esq. |
| | *Admitted Pro Hac Vice* |
| | Bryan Cave |
| | 211 North Broadway, Suite 3600 |
| | St. Louis, MO 63102 |
| | Telephone: 314 259-2823 |
| | Richard.cassetta@bryancave.com |
| | dhball@bryancave.com |
| | *Attorneys for Defendant* |
| | EVENFLO COMPANY, INC. |

1

CASE NO.: 2:10-cv-00051-LDG-VCF

2

3    IT IS SO ORDERED:

4

5    _____

6    UNITED STATES DISTRICT JUDGE or
     UNITED STATES MAGISTRATE JUDGE

7
     DATED this ____ day of _____, 2015.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27