

1. Joseph L. Benson II, Esq.
Nevada Bar No. 7276
Benson & Bingham
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
(702) 382-9797, telephone
(702) 382-9798, facsimile
litigate@bensonbingham.com

Larry W. Lawrence, Esq.
Texas Bar No. 794145
Lawrence Law Firm
3112 Windsor Rd., Suite A234
Austin, TX 78703
(956) 994-0057, telephone
(956) 994-0741, facsimile
lawrencefirm@aol.com

Ricardo A. Garcia, Esq.
Texas Bar No. 7643200
Jody R. Mask, Esq.
Texas Bar No. 24010214
Garcia Ochoa Mask
820 S. Main Street
McAllen, TX 78501
(956) 630-2882, telephone
(956) 630-2882, facsimile
ric@gomlaw.com
jody@gomlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW R. LINDNER, individually; as surviving spouse and legal heir of ELSY LETICIA GRANADOS-MARTINEZ, deceased; as surviving parent and legal heir of CAMILA LYNETE LINDNER, a deceased minor; and as Guardian Ad Litem of PAULINA GRANADOS-MARTINEZ, a minor; FERNANDO GRANADOS-MAGALLON, individually and as surviving spouse and legal heir of REFUGIO LETICIA MARTINEZ COSIO,<br><br>    Plaintiffs, | CASE NO.: 2:10-cv-00051-LDG-VCF |

200329

|   |   |
|---|---|
| vs. | ) |
| | ) |
| FORD MOTOR COMPANY, a Delaware corporation; BERTHA MEZA d/b/a OROZCO AUTO SALES; EVENFLO COMPANY, INC., a Delaware corporation; BIG LOTS STORES, INC., an Ohio corporation; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF'S OPPOSITION TO DEFENDANT EVENFLO COMPANY, INC.'s MOTION IN LIMINE TO EXCLUDE EVIDENCE OF NHTSA EASE OF USE RATINGS [Motion No. 7]

Plaintiff MATTEW R. LINDNER, Individually and as surviving spouse and legal heir of ELSY LETICIA GRANADOS-MARTINEZ, deceased; and as surviving parent and legal heir of CAMILA LYNETTE LINDNER, a deceased minor, through his attorneys, Joseph L. Benson, II of BENSON & BINGHAM, Larry W. Lawrence, Jr. of THE LAWRENCE LAW FIRM, and Ricardo A. Garcia of GARCIA, OCHOA MASK, LLP, hereby submits his Opposition to EVENFLO MOTOR COMPANY, INC.'s Motion in Limine to Exclude Evidence of NHTSA Ease of Use Ratings [Motion No. 7]. This opposition is made and based upon the Memorandum of Points and Authorities that follow below, the papers and pleadings on file herein, and any oral argument entertained by the Court.

DATED this 26 day of June, 2015.

BENSON & BINGHAM

/s/ Joseph L. Benson II
JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276

Attorneys for Plaintiffs

200329

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

Defendants seek to bar Plaintiffs from using NHTSA's Ease of Use Ratings during trial. Plaintiffs agree with Defendants statement that installation and use of the subject seat by the various persons including Mr. Lindner who installed the subject base did so correctly, and that both sides agree that use of the system is not in contention. However, Plaintiffs argue the NHTSA's Ease of use is completely relevant to the subject car seat case and should be allowed by virtue of the Defendant's common expert theme that the "ease of use" is a primary factor for a manufacturer's consideration as use increases safety—the more use, the more overall safety (in theory). This "Ease of Use" rating is completely relevant as it confirms the ease of latching and unlatching and overall use of the system. NHTSA "4 star" rating is relevant to the subject action. (*See* Exhibit A-Ease of Use Rating for Embrace 35). Plaintiff is not in current possession of the Embrace Ease of Use Rating if different than the Embrace 35, but the primary operating functions of both models are essentially the same. Defendant plans on using the NHTSA guidelines as a defense for its max threshold testing, but yet do not want the government's critique on how easy it is to unlatch. Defendants can't have their cake and eat it too. Thus, the motion to exclude the "ease of use" guideline should be DENIED.

DATED this 26th day of June, 2015.

                BENSON & BINGHAM

                /s/ Joseph L. Benson II
                JOSEPH L. BENSON II, ESQ.
                Nevada Bar No. 7276

                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **PLAINTIFF'S OPPOSITION TO EVENFLO MOTOR COMPANY, INC.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF NHTSA EASE OF USE RATINGS [MOTION NO. 7]** was made this date by electronic service to the following:

Rosemary Missisian, Esq.
WEINBERG, WHEELER, HUDGINS,
    GUNN AND DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Attorney for Defendant,
Evenflo Company, Inc.

Dan H. Ball, Esq.
Richard P. Cassetta, Esq.
BRYAN CAVE
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Attorney for Defendant,
Evenflo Company, Inc.

Ricardo A. Garcia, Esq.
Jody R. Mask, Esq.
GARCIA OCHOA MASK
820 S. Main Street
McAllen, TX 78501
Attorney for Plaintiffs

Charles L. Clay, Jr., Esq.
CHUCK CLAY & ASSOCIATES
225 Peachtree Street, N.E., Suite 1700
Atlanta, GA 30303
Attorney for Defendant,
Evenflo Company, Inc.

Larry W. Lawrence, Jr., Esq.
LAWRENCE LAW FIRM
3112 Windsor Road, Suite A-234
Austin, TX 78703
Attorney for Plaintiffs

DATED this 26 day of June, 2015.

_____
An employee of BENSON & BINGHAM