

1  JOSEPH L. BENSON II, ESQ.
   Nevada Bar No. 7276
2  BENSON & BINGHAM
   11441 Allerton Park Drive, Suite 100
3  Las Vegas, NV 89135
4  (702) 382-9797, telephone
   (702) 382-9798, facsimile
5  litigate@bensonbingham.com

6  LARRY W. LAWRENCE, ESQ.
   Texas Bar No. 794145
7  LAWRENCE LAW FIRM
   3112 Windsor Rd., Suite A234
8  Austin, TX 78703
9  (956) 994-0057, telephone
   (956) 994-0741, facsimile
10 lawrencefirm@aol.com

11 RICARDO A. GARCIA, ESQ.
   Texas Bar No. 7643200
12 JODY R. MASK, ESQ.
   Texas Bar No. 24010214
13 GARCIA OCHOA MASK
14 820 S. Main Street
   McAllen, TX 78501
15 (956) 630-2882, telephone
16 (956) 630-2882, facsimile
   ric@gomlaw.com
17 jody@gomlaw.com

18 Attorneys for Plaintiffs

19

20                    UNITED STATES DISTRICT COURT

21                         DISTRICT OF NEVADA

22 MATTHEW R. LINDNER, individually; as    ) CASE NO.: 2:10-cv-00051-LDG-VCF
   surviving spouse and legal heir of ELSY LETICIA )
23 GRANADOS-MARTINEZ, deceased; as         )
   surviving parent and legal heir of CAMILA ) **PLAINTIFFS' NON-OPPOSITION TO**
24 LYNETE LINDNER, a deceased minor; and as ) **MOTION TO QUASH SUBPOENA**
   Guardian Ad Litem of PAULINA GRANADOS- ) **ISSUED BY PLAINTIFFS**
25 MARTINEZ, a minor; FERNANDO             )
26 GRANADOS-MAGALLON, individually and as  )
   surviving spouse and legal heir of REFUGIO )
27 LETICIA MARTINEZ COSIO,                 )
                                           )
28         Plaintiffs,                     )

200329                                  1

vs.

FORD MOTOR COMPANY, a Delaware corporation; BERTHA MEZA d/b/a OROZCO AUTO SALES; EVENFLO COMPANY, INC., a Delaware corporation; BIG LOTS STORES, INC., an Ohio corporation; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,

Defendants.

## PLAINTIFFS' NON-OPPOSITION TO MOTION TO QUASH SUBPOENA ISSUED BY PLAINTIFFS

Plaintiffs, MATTHEW R. LINDNER, individually; as surviving spouse and legal heir of ELSY LETICIA GRANADOS-MARTINEZ, deceased; as surviving parent and legal heir of CAMILA LYNETE LINDNER, a deceased minor; and as Guardian Ad Litem of PAULINA GRANADOS-MARTINEZ, a minor, by and through his counsel of record, BENSON & BINGHAM, hereby files his Non-Opposition to Motion to Quash Subpoena Issued by Plaintiffs [Motion #115].

Plaintiffs have no opposition to withdrawing the subpoena properly issued to Randolph Kiser.

DATED this 1st day of July, 2015.

BENSON & BINGHAM

/s/ Joseph L. Benson II
JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276

Attorneys for Plaintiffs

200329

2

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **PLAINTIFF'S NON-OPPOSITION TO MOTION TO QUASH SUPOENA ISSUED BY PLAINTIFFS** was made this date by electronic service to the following:

Rosemary Missisian, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN AND DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Attorney for Defendant,
Evenflo Company, Inc.

Dan H. Ball, Esq.
Richard P. Cassetta, Esq.
BRYAN CAVE
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Attorney for Defendant,
Evenflo Company, Inc.

Ricardo A. Garcia, Esq.
Jody R. Mask, Esq.
GARCIA OCHOA MASK
820 S. Main Street
McAllen, TX 78501
Attorney for Plaintiffs

Charles L. Clay, Jr., Esq.
CHUCK CLAY & ASSOCIATES
225 Peachtree Street, N.E., Suite 1700
Atlanta, GA 30303
Attorney for Defendant,
Evenflo Company, Inc.

Larry W. Lawrence, Jr., Esq.
LAWRENCE LAW FIRM
3112 Windsor Road, Suite A-234
Austin, TX 78703
Attorney for Plaintiffs

DATED this 1st day of July, 2015.

_____
An employee of BENSON & BINGHAM