Rosemary Missisian, Esq.
Nevada Bar No. 8575
WEINBERG, WHEELER, HUDGINS,
  GUNN AND DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118
Telephone:    (702) 938-3838
Facsimile:     (702) 938-3864
rmissisian@wwhgd.com

*Attorneys for Defendant Evenflo, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW R. LINDNER, et al., | Case No. :    2-10-CV-0051-LDG-LRL |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER RENDERING MOOT NON-PARTY RANDOLPH KISER'S MOTION TO QUASH SUBPOENA (Dkt. Entry 115) AND MOTION FOR PROTECTIVE ORDER (Dkt. Entry 117)** |
| FORD MOTOR COMPANY,  et al., | |
| Defendants. | |

Defendant Evenflo Company, Inc. and Plaintiff Matthew Lindner, by and through respective counsel of record, file this Joint Stipulation that will resolve and render moot two currently pending motions.

    1.    Plaintiff will not subpoena or attempt to require Randolph Kiser to appear in person at trial during Plaintiff's case.  Plaintiff agrees through this document that its Subpoena to Randolph Kiser will be withdrawn and a copy of this Stipulation to counsel for Mr. Kiser shall be sufficient for withdrawal purposes. As a further result, neither a hearing nor additional briefing is necessary as to the Non-Party Randolph Kiser's Motion to Quash Subpoena Issued by Plaintiff. Dkt. Entry. 115.  As such the Court need not consider this issue further.

    2.    Plaintiff agrees not call Bill Gross, Esq. General Counsel for Defendant Evenflo, Inc. to appear or testify at trial.  As a result, Defendant's Motion for Protective Order to Bar

Plaintiff from Calling Evenflo General Counsel to Testify at Trial (Dkt. Entry No. 117) will not be opposed and may be rendered moot. As such, the Court need not consider this issue further.

THE PARTIES SO STIPULATE:

DATED: July 1, 2015

/s/ Joseph L. Benson II
Joseph L. Benson II, Esq.
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135

Larry W. Lawrence, Jr., Esq.
Lawrence Law Firm
3112 Windsor Road, Suite A-234
Austin, TX 78703

Ricardo A. Garcia, Esq.
Jody R. Mask, Esq.
Garcia Ochoa & Mask, LLP
820 S. Main St.
McAllen, TX 78501
ric@gomlaw.com
jody@gomlaw.com
*Attorneys for Plaintiff*

/s/ Rosemary Missisian
Rosemary Missisian, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN AND DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Telephone:   (702) 938-3838
Facsimile:    (702) 938-3864
rmissisian@wwhgd.com

Charles Lloyd Clay, Jr., Esq.
Chuck Clay & Associates
225 Peachtree Street, N.E., Suite 1700
Atlanta, GA 30303
Telephone:   (404) 949-8118
chuck@chuckclay.com

Richard P. Cassetta, Esq.
*Admitted Pro Hac Vice*
Dan H. Ball, Esq.
*Admitted Pro Hac Vice*
Bryan Cave
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone:   314 259-2823
Richard.cassetta@bryancave.com
dhball@bryancave.com
*Attorneys for Defendant*
EVENFLO COMPANY, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CASE NO.: 2:10-cv-00051-LDG-VCF

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE

DATED this _____ day of _____, 2015.