WEINBERG WHEELER HUDGINS GUNN & DIAL

1  Rosemary Missian, Esq.
   Nevada Bar No. 8575
2  WEINBERG, WHEELER, HUDGINS,
      GUNN AND DIAL, LLC
3  6385 S. Rainbow Blvd., Suite 400
   Las Vegas, NV  89118
4  Telephone:     (702) 938-3838
   Facsimile:     (702) 938-3864
5  rmissisian@wwhgd.com

6  Charles Lloyd Clay, Jr., Esq.
   *Admitted Pro Hac Vice*
7  Chuck Clay & Associates
   225 Peachtree Street, N.E., Suite 1700
8  Atlanta, GA  30303
   Telephone:     (404) 949-8118
9  chuck@chuckclay.com

10 Dan H. Ball, Esq.
   *Admitted Pro Hac Vice*
11 Richard P. Cassetta, Esq.
   *Admitted Pro Hac Vice*
12 Bryan Cave
   211 North Broadway, Suite 3600
13 St. Louis, MO  63102
   Telephone:     314 259-2823
14 Richard.cassetta@bryancave.com
   dhball@bryancave.com
15 *Attorneys for Defendant*
   *EVENFLO COMPANY, INC.*
16

17               **UNITED STATES DISTRICT COURT**

18                     **DISTRICT OF NEVADA**

19 MATTHEW R. LINDNER, et al.,              | Case No. :      2-10-CV-0051-LDG-LRL

20                          Plaintiffs,

21     vs.                                  | **NOTICE OF WITHDRAWAL OF**
                                            | **DEFENDANT EVENFLO COMPANY,**
22 FORD MOTOR COMPANY,  et al.,             | **INC'S MOTION *IN LIMINE* NO. 7 (EASE**
                                            | **OF USE RATINGS)**
23                          Defendants.

24

25 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26 / / /

27 / / /

                              Page 1 of 3

1    PLEASE TAKE NOTICE that Defendant Evenflo Company, Inc. hereby withdraws its

2 Motion *in Limine* No. 7 (Ease of Use Ratings), which is located on page 17, lines 13-17 of Docket

3 Entry No. 120.   All other Motions *in Limine* and/or topics filed by Evenflo remain filed and

4 pending with the Court.

5    DATED this 8th day of July, 2015.

6

7                                           */s/ Rosemary Missisian*
                                            Rosemary Missisian, Esq.
8                                           WEINBERG, WHEELER, HUDGINS,
                                               GUNN AND DIAL, LLC
9                                           6385 S. Rainbow Blvd., Suite 400
                                            Las Vegas, NV  89118
10                                          Telephone:    (702) 938-3838
                                            Facsimile:    (702) 938-3864
11                                          rmissisian@wwhgd.com

12                                          Charles Lloyd Clay, Jr., Esq.
                                            Chuck Clay & Associates
13                                          225 Peachtree Street, N.E., Suite 1700
                                            Atlanta, GA  30303
14                                          Telephone:    (404) 949-8118
                                            chuck@chuckclay.com

15                                          Dan H. Ball, Esq.
                                            Richard P. Cassetta, Esq.
16                                          Bryan Cave
                                            211 North Broadway, Suite 3600
17                                          St. Louis, MO  63102
                                            Telephone:    314 259-2823
18                                          Richard.cassetta@bryancave.com
                                            dhball@bryancave.com
19                                          *Attorneys for Defendant*
                                            *EVENFLO COMPANY, INC.*
20

21

22

23

24

25

26

27

WEINBERG WHEELER
HUDGINS GUNN & DIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

WEINBERG WHEELER
HUDGINS GUNN & DIAL

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2015, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF DEFEFENDANT EVENFLO COMPANY, INC'S MOTION *IN LIMINE* NO. 7 (EASE OF USE RATINGS)** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following.

Joseph L. Benson II, Esq.
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
joe@bensonbingham.com
*Attorneys for Plaintiffs*

Larry W. Lawrence, Jr., Esq.
Lawrence Law Firm
3112 Windsor Road, Suite A-234
Austin, TX 78703
lawrencefirm@aol.com
*Attorneys for Plaintiffs*

Ricardo A. Garcia, Esq.
Jody R. Mask, Esq.
Garcia Ochoa & Mask, LLP
820 S. Main St.
McAllen, TX 78501
ric@gomlaw.com
jody@gomlaw.com
*Attorneys for Plaintiffs*

/s/ Cynthia S. Bowman
An employee of WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC