## AMENDED EXHIBIT LIST

Page _____

Case No. 2:10-cv-00051-LDG-VCF

Caption: MATTHEW R. LINDNER, individually; as surviving spouse and legal heir of ELSY LETICIA GRANADOS-MARTINEZ, deceased; as surviving parent and legal heir of CAMILA LYNETE LINDNER, a deceased minor; and as Guardian Ad Litem of PAULINA GRANADOS-MARTINEZ, a minor

Exhibits for: Plaintiff

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 1. | | Subject infant car seat and base |
| | | 2. | | Exemplar infant car seat and base |
| | | 3. | | Photos of car seat base (2 pages) |
| | | 4. | | Photo of Matthew and Elsy |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 5. | | Photos of Elsy holding Camila (3 pages) |
| | | 6. | | Photo collage of Camila (shows 4 photos total) |
| | | 7. | | Photo of Paulina holding Camila |
| | | 8. | | Photo of Elsy and Paulina |
| | | 9. | | Wedding day photo of Matthew and Elsy |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 10. | | Photos depicting road where incident took place (2 pages showing 12 photos total) |
| | | 11. | | Autopsy report and autopsy photos of Camila (6 pages showing 9 photos total) |
| | | 12. | | Autopsy report and autopsy photos of Elsy (10 pages showing 23 photos total) |
| | | 13. | | Photos of scene and debris field (3 pages) |
| | | 14. | | Photos of debris field (2 pages) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 15. | | Photo of items that were in vehicle at time of the inicdent |
| | | 16. | | Photo of Lindner vehicle following crash |
| | | 17. | | Photo of debris field |
| | | 18. | | Photo of car seat on the ground at scene |
| | | 19. | | Photo of inversion post test – Embrace base with Y axis (showing 4 photos total) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 20. | | Photos of car seat at scene and base (2 pages showing 4 photos total) |
| | | 21. | | Photo of surrogate in car seat |
| | | 22. | | Photo of roadway/map of accident site |
| | | 23. | | Scaled drawing/accident reconstruction diagram by Donald C. Stevens |
| | | 24. | | Photos of roadway (19 pages total) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 25. | | Photos of Lindner vehicle showing top and passenger side (2 pages) |
| | | 26. | | Photo of car seat and booster seat |
| | | 27. | | Camila's keepsake baby album |
| | | 28. | | Certificate of Live Birth – Camila Lynete Lindner |
| | | 29. | | Supplemental Fastener Installation Video |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 30. | | 1 CD containing Discovery Crash Test with Strap 0189 crash video |
| | | 31. | | 4 CDs containing testing: NHTSA Testing Calspan Tesitng MGA Testing Piqua Testing |
| | | 32. | | Discovery 5 Infant Car Seat documents (21 pages) |
| | | 33. | | Elsy's Injury Depiction |
| | | 34. | | Embrace 5 Rear-Facing Child Restraint System Owner's Manual (19 pages) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 35. | | CV – John J. Smith, P.E.(16 pages) |
| | | 36. | | CV – Keith S. Blum, D.O., F.A.C.O.S. (8 pages) |
| | | 37. | | CV – Art Hoffmann, Ed.D., P.E. (4 pages) |
| | | 38. | | CV – Donald C. Stevens (2 pages) |
| | | 39. | | 1 CD/NHTSA Testing and Calspan Testing |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  | 40. |  | Deposition exhibits from R. Kiser Nos. 1-17 (145 pages) |
|  |  | 41. |  | Evenflo Incident Reports (146 pages) |
|  |  | 42. |  | 1 CD/sled testing material (526 pages) |
|  |  | 43. |  | Sled Testing material (600 pages) |
|  |  | 44. |  | Sled Testing material (600 pages) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 45. | | Sled Testing material (600 pages) |
| | | 46. | | Sled Testing material (224 pages) |
| | | 47. | | 1 CD/ Test Data (FMVSS 213, S6.1) (332 pages) |
| | | 48. | | Sled Testing material (600 pages) |
| | | 49. | | Sled Testing material (600 pages) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 50. | | Sled Testing material (700 pages) |
| | | 51. | | Sled Testing material (689 pages) |
| | | 52. | | 1 CD/Sled Testing Material (682 pages) |
| | | 53. | | Sled Testing material (643 pages) |
| | | 54. | | Design FMEA (5 pages) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 55. | | Evenflo's Product Integrity (22 pages) |
| | | 56. | | Timeline |