Rosemary Missian, Esq.
Nevada Bar No. 8877
WEINBERG, WHEELER, HUDGINS,
   GUNN AND DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118
Telephone:     (702) 938-3838
Facsimile:       (702) 938-3864
rmissisian@wwhgd.com

Charles Lloyd Clay, Jr., Esq.
*Admitted Pro Hac Vice*
Chuck Clay & Associates
225 Peachtree Street, N.E., Suite 1700
Atlanta, GA  30303
Telephone:     (404) 949-8118
chuck@chuckclay.com

Dan H. Ball, Esq.
*Admitted Pro Hac Vice*
Richard P. Cassetta, Esq.
*Admitted Pro Hac Vice*
Bryan Cave
211 North Broadway, Suite 3600
St. Louis, MO  63102
Telephone:     314 259-2823
Richard.cassetta@bryancave.com
dhball@bryancave.com
*Attorneys for Defendant*
*EVENFLO COMPANY, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW R. LINDNER, et al., | Case No. :     2-10-CV-0051-LDG-LRL |
| Plaintiffs, | |
| vs. | **DEFENDANT EVENFLO COMPANY, INC.'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S OBJECTIONS TO EXHIBIT 516 [Doc. 184]** |
| FORD MOTOR COMPANY, et al., | |
| Defendants. | |

## MEMORANDUM OF POINTS AND AUTHORITIES

In connection with its objection to certain demonstrative exhibits and other exhibits listed on Evenflo's Final Trial Exhibit List filed on September 30, 2015 [Doc. No. 158], Plaintiff incorrectly characterizes the exhibits as an attempt by Evenflo to offer undisclosed expert opinions and has filed a motion to exclude use of the exhibits by Evenflo at trial. [See Plaintiff's Objections to Defendant's Trial Exhibits and Motion to Exclude Undisclosed Additional Expert Opinions, Doc. Nos. 175-185 ("Plaintiff's Objection")]. For the reasons set forth below, Plaintiff's motion must be denied. The motion also is premature in multiple respects.

Plaintiff's Objection [Doc. No. 175] was original improperly filed as it contained multiple separate arguments in one document. Plaintiff thereafter corrected his error by refiling the same motion with separate headings. Defendant has responded to all arguments in one motion – Defendant Evenflo Company, Inc.'s Memorandum in Opposition to Plaintiff's Objection to Exhibits and Motion to Exclude Undisclosed Expert Opinions [Doc. No. 189]. Defendant further breaks its arguments into separate arguments related only to a specific exhibit for ease of the Court in working through the documents and to set forth a clear docket.

**Response to Plaintiff's Objection to Autopsy Report (Evenflo Exhibit 516)**

Plaintiff objects to the fact that Evenflo listed the Autopsy report of Elsy Lindner, but did not include the photos. The photos are graphic and would be unfairly prejudicial if introduced into evidence. Each side's expert has testified about the injuries sustained by Elsy and the location of those injuries. If a particular photo is needed to establish a point in dispute, the parties can take that up with the Court during the trial. Otherwise the autopsy photos should not be introduced into evidence.

DATED this 5th Day of October, 2015.

                                        /s/ *Rosemary Missisian*
                                        Rosemary Missisian, Esq.
                                        WEINBERG, WHEELER, HUDGINS,
                                            GUNN AND DIAL, LLC
                                        6385 S. Rainbow Blvd., Suite 400
                                        Las Vegas, NV  89118
                                        Telephone:     (702) 938-3838
                                        Facsimile:      (702) 938-3864
                                        rmissisian@wwhgd.com

                                        Charles Lloyd Clay, Jr., Esq.
                                        Chuck Clay & Associates
                                        225 Peachtree Street, N.E., Suite 1700
                                        Atlanta, GA  30303
                                        Telephone:     (404) 949-8118
                                        chuck@chuckclay.com

                                        Dan H. Ball, Esq.
                                        Richard P. Cassetta, Esq.
                                        Bryan Cave
                                        211 North Broadway, Suite 3600
                                        St. Louis, MO  63102
                                        Telephone:     314 259-2823
                                        Richard.cassetta@bryancave.com
                                        dhball@bryancave.com

                                        *Attorneys for Defendant*
                                        EVENFLO COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2015, a true and correct copy of the foregoing **DEFENDANT EVENFLO COMPANY, INC.'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S OBJECTIONS TO EXHIBIT 516 [Doc. 184]** was served by operation of the Court's electronic filing system on the following counsel of record:

| | |
|---|---|
| Joseph L. Benson II, Esq.<br>BENSON & BINGHAM<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, NV 89135<br>joe@bensonbingham.com<br>*Attorneys for Plaintiffs* | Larry W. Lawrence, Jr., Esq.<br>Lawrence Law Firm<br>3112 Windsor Road, Suite A-234<br>Austin, TX 78703<br>lawrencefirm@aol.com<br>*Attorneys for Plaintiffs* |
| Ricardo A. Garcia, Esq.<br>Jody R. Mask, Esq.<br>Garcia Ochoa & Mask, LLP<br>820 S. Main St.<br>McAllen, TX 78501<br>ric@gomlaw.com<br>jody@gomlaw.com<br>*Attorneys for Plaintiffs* | |

/s/ *Rosemary Missisian*
Rosemary Missisian
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC