# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW R. LINDNER, individually; as surviving spouse and legal heir of ELSY LETICIA GRANADOS-MARTINEZ, deceased; as surviving parent and legal heir of CAMILA LYNETE LINDNER, a deceased minor; and as Guardian Ad Litem of PAULINA GRANADOS-MARTINEZ, a minor; FERNANDO GRANADOS-MAGALLON, individually and as surviving spouse and legal heir of REFUGIO LETICIA MARTINEZ COSIO,<br><br>                    Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; BERTHA MEZA d/b/a OROZCO AUTO SALES; EVENFLO COMPANY, INC., a Delaware corporation; BIG LOTS STORES, INC., an Ohio corporation; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>                    Defendants. | CASE NO.: 2:10-cv-00051-RFB-VCF |

## PLAINTIFFS' ADDITIONAL PROPOSED JURY INSTRUCTIONS

200329

1  Federal Motor Vehicle Safety Standards are minimum standards.  Compliance with a motor vehicle

2  safety standard does not mean that a product is not unreasonably dangerous or defective, not does

3  compliance with a motor vehicle safety standard by a product manufacturer exempt it from

4  liability.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Authority:  The first sentence is based on *O'Hara v. GMC*, 508 F.3d 753, 761 (5th Cir. 2007).  The

28  second sentence is based on the Savings Clause of the Safety Act, 49 U.S.C. § 30103(e).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

A product is defective in its design if, as a result of its design, the product is unreasonably dangerous.

A product is unreasonably dangerous if it failed to perform in the manner reasonably to be expected in light of its nature and intended function, and was more dangerous than would be contemplated by the ordinary user having the ordinary knowledge available in the community. A plaintiff need not produce direct evidence of a specific product defect or negate any alternative causes of the accident. An unexpected, dangerous malfunction suffices. Misuse of a product means a use which the defendant could not reasonably foresee. The mere fact that the defendant may not intend the product to be used in a certain way does not mean that using it in that way is a legal misuse of the product. If the defendant should reasonably foresee that the product may be used in a way other than intended by him, such other use is not a misuse.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Authority: The authority for each part of this is set out in our other brief being filed today.

1  It is not a defense to liability for a defective product that the plaintiff was negligent or that the

2  plaintiff's negligence contributed to cause damages or injuries you find were proximately caused by

3  a defective product.   You may not consider the negligence, if any, of Matthew Lindner when

4  determining your verdict in this case.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **PLAINTIFFS' PROPOSED ADDITIONAL**

**JURY INSTRUCTIONS** was made this date by electronic service to the following:

Rosemary Missisian, Esq.
WEINBERG, WHEELER, HUDGINS,
    GUNN AND DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Attorney for Defendant,
Evenflo Company, Inc.

Charles L. Clay, Jr., Esq.
CHUCK CLAY & ASSOCIATES
225 Peachtree Street, N.E., Suite 1700
Atlanta, GA 30303
Attorney for Defendant,
Evenflo Company, Inc.

Dan H. Ball, Esq.
Richard P. Cassetta, Esq.
BRYAN CAVE
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Attorney for Defendant,
Evenflo Company, Inc.

Larry W. Lawrence, Jr., Esq.
LAWRENCE LAW FIRM
3112 Windsor Road, Suite A-234
Austin, TX 78703
Attorney for Plaintiffs

Ricardo A. Garcia, Esq.
Jody R. Mask, Esq.
GARCIA OCHOA MASK
820 S. Main Street
McAllen, TX 78501
Attorney for Plaintiffs

    DATED this 5th day of October, 2015.


        /s/ Amy L. Sulanke           .
        An employee of BENSON & BINGHAM