1   JOSEPH L. BENSON II, ESQ.
    Nevada Bar No. 7276
2   BENSON & BINGHAM
3   11441 Allerton Park Drive, Suite 100
    Las Vegas, NV 89135
4   (702) 382-9797, telephone
    (702) 382-9798, facsimile
5   litigate@bensonbingham.com

6
    LARRY W. LAWRENCE, ESQ.
7   Texas Bar No. 794145
    LAWRENCE LAW FIRM
8   3112 Windsor Rd., Suite A234
    Austin, TX  78703
9   (956) 994-0057, telephone
    (956) 994-0741, facsimile
10  lawrencefirm@aol.com

11
    RICARDO A. GARCIA, ESQ.
12  Texas Bar No. 7643200
    JODY R. MASK, ESQ.
13  Texas Bar No. 24010214
    GARCIA OCHOA MASK
14  820 S. Main Street
15  McAllen, TX 78501
    (956) 630-2882, telephone
16  (956) 630-2882, facsimile
    ric@gomlaw.com
17  jody@gomlaw.com

18  Attorneys for Plaintiffs

19

20                   UNITED STATES DISTRICT COURT

21                        DISTRICT OF NEVADA

22  MATTHEW   R.   LINDNER,   individually;   as   )   CASE NO.: 2:10-cv-00051-LDG-VCF
    surviving spouse and legal heir of ELSY LETICIA   )
23  GRANADOS-MARTINEZ, deceased; as surviving   )
    parent and legal heir of CAMILA LYNETE   )   **PLAINTIFFS'   RESPONSE   TO**
24  LINDNER, a deceased minor; and as Guardian Ad   )   **DEFENDANT'S   DEPOSITION**
    Litem of PAULINA GRANADOS-MARTINEZ, a   )   **EXCERPTS  OF  DR.  ROBERT  D.**
25  minor; FERNANDO GRANADOS-MAGALLON,   )   **BANKS**
26  individually and as surviving spouse and legal heir   )
    of REFUGIO LETICIA MARTINEZ COSIO,   )
27                                                       )
                           Plaintiffs,                   )
28                                                       )

200329

1  vs.                                                    )
                                                          )
2  FORD MOTOR COMPANY, a Delaware                         )
   corporation; BERTHA MEZA d/b/a OROZCO                  )
3  AUTO SALES; EVENFLO COMPANY, INC., a                   )
   Delaware corporation; BIG LOTS STORES, INC.,           )
4  an Ohio corporation; DOES I through XX,                )
   inclusive and ROE BUSINESS ENTITIES I                  )
5  through XX, inclusive,                                 )
                                                          )
6                                                         )
             Defendants.                                  )
7  _____            )

8
9  ### PLAINTIFFS' RESPONSE TO DEFENDANT'S DEPOSITION EXCERPTS OF
   ### DR. ROBERT D. BANKS

10      COME NOW, Plaintiffs, by and through their attorneys of record, BENSON & BINGHAM, and

11  hereby file their response to Defendant's Deposition Excerpts of Dr. Robert D. Banks:

12      The purpose of expert reports and disclosures is to be highly detailed and complete.  This
13
   includes the duty to disclose all tests and exhibits to be used as support for the experts' opinions.
14
15  *Salgado by Salgado v. GMC*, 150 F.3d 735, 741 (7th Cir. 1998) (*citing* Robert Matthew Lovein, *A*

16  *Practiotioners Guide:  Federal Rule of Civil Procedure 26(a) – Automatic Disclosure*, 47 Syracuse

17  L. Rev. 225, 257-58 (1996)).

18      The Court has before it Dr. Banks' initial and supplemental reports.  Nowhere in either does
19
   Dr. Banks set forth the opinion and basis for the assertion that Camila died as a result of blunt force
20
21  trauma due to Elsy Lindner hitting her.

22      Additionally, when asked during his deposition as to what tests or studies he did Dr. Banks

23  responded:

24          Q.      Okay.  And so you won't be coming to court saying that I know based

25      on my work as an engineer and as a doctor looking at this evidence that the mother's

26      weight applied against the car seat laterally was sufficient enough to – to – to cause
27
28      the torque necessary to force this car set off of its base, correct?

200329

1    A.    That's correct.  I have not done that work

2  *Banks Depo,* 12:7-13

3    Given the importance of this new opinion to the issues presented and the very likelihood of

4  unfair prejudice, this new opinion should be kept out.

5    DATED this 16th day of October, 2015.

6    BENSON & BINGHAM

7    /s/ Joseph L. Benson II    .
8    JOSEPH L. BENSON II, ESQ.
9    Nevada Bar No. 7276
    Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANT'S DEPOSITION EXCERPTS OF DR. ROBERT D. BANKS** was made this date by electronic service to the following:

| | |
|---|---|
| Rosemary Missisian, Esq. | Charles L. Clay, Jr., Esq. |
| WEINBERG, WHEELER, HUDGINS, | CHUCK CLAY & ASSOCIATES |
| GUNN AND DIAL, LLC | 225 Peachtree Street, N.E., Suite 1700 |
| 6385 S. Rainbow Blvd., Suite 400 | Atlanta, GA 30303 |
| Las Vegas, NV 89118 | Attorney for Defendant, |
| Attorney for Defendant, | Evenflo Company, Inc. |
| Evenflo Company, Inc. | |
| | |
| Dan H. Ball, Esq. | Larry W. Lawrence, Jr., Esq. |
| Richard P. Cassetta, Esq. | LAWRENCE LAW FIRM |
| BRYAN CAVE | 3112 Windsor Road, Suite A-234 |
| 211 N. Broadway, Suite 3600 | Austin, TX 78703 |
| St. Louis, MO 63102 | Attorney for Plaintiffs |
| Attorney for Defendant, | |
| Evenflo Company, Inc. | |
| | |
| Ricardo A. Garcia, Esq. | |
| Jody R. Mask, Esq. | |
| GARCIA OCHOA MASK | |
| 820 S. Main Street | |
| McAllen, TX 78501 | |
| Attorney for Plaintiffs | |

DATED this 16th day of October, 2015.

_____/s/ Amy L. Sulanke_____
An employee of BENSON & BINGHAM

4