Dan H. Ball, Esq.
*Admitted Pro Hac Vice*
Richard P. Cassetta, Esq.
*Admitted Pro Hac Vice*
Bryan Cave
211 North Broadway, Suite 3600
St. Louis, MO  63102
Telephone:     314 259-2823
Richard.cassetta@bryancave.com
dhball@bryancave.com
*Attorneys for Defendant*
EVENFLO COMPANY, INC.

Rosemary Missisian, Esq.
Nevada Bar No. 8575
WEINBERG, WHEELER, HUDGINS,
   GUNN AND DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118
Telephone:     (702) 938-3838
Facsimile:     (702) 938-3864
rmissisian@wwhgd.com

Charles Lloyd Clay, Jr., Esq.
*Admitted Pro Hac Vice*
Chuck Clay & Associates
225 Peachtree Street, N.E., Suite 1700
Atlanta, GA  30303
Telephone:     (404) 949-8118
chuck@chuckclay.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW R. LINDNER, et al.,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. :     2-10-CV-0051-LDG-LRL<br><br>**DEFENDANT EVENFLO COMPANY, INC.'S  TRIAL SUBMISSION** |

1    On October 16, 2015, with respect to testimony of Dr. Robert Banks, a defense expert,
2 Plaintiff raised an objection to certain testimony from Dr. Banks for which Plaintiff claims was
3 previously undisclosed.  The Court requested submission of citations to the record from Defendant
4 Evenflo, with Plaintiff to offer a response thereafter.
5    Attached as Exhibit A is a copy of the e-mail provided to the Court on the evening of
6 October 15, 2015.  Plaintiff thereafter responded with attached as Exhibit B, and thereafter
7 followed up with a formal submission as Docket Entry No. 217.

DATED this 15th day of October, 2015.

>*/s/ Richard Cassetta*
> Rosemary Missisian, Esq.
> WEINBERG, WHEELER, HUDGINS,
>   GUNN AND DIAL, LLC
> 6385 S. Rainbow Blvd., Suite 400
> Las Vegas, NV  89118
> Telephone:    (702) 938-3838
> Facsimile:     (702) 938-3864
> rmissisian@wwhgd.com
>
> Dan H. Ball, Esq.
> Richard P. Cassetta, Esq.
> Bryan Cave
> 211 North Broadway, Suite 3600
> St. Louis, MO  63102
> Telephone:    314 259-2823
> Richard.cassetta@bryancave.com
> dhball@bryancave.com
>
> Charles Lloyd Clay, Jr., Esq.
> Chuck Clay & Associates
> 225 Peachtree Street, N.E., Suite 1700
> Atlanta, GA  30303
> Telephone:    (404) 949-8118
> chuck@chuckclay.com
>
> *Attorneys for Defendant*
> EVENFLO COMPANY, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2015, a true and correct copy of the foregoing **DEFENDANT EVENFLO COMPANY, INC.'S, TRIAL SUBMISSION** was served by operation of the Court's electronic filing system on the following counsel of record:

| | |
|---|---|
| Joseph L. Benson II, Esq.<br>BENSON & BINGHAM<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, NV 89135<br>joe@bensonbingham.com<br>*Attorneys for Plaintiffs* | Larry W. Lawrence, Jr., Esq.<br>Lawrence Law Firm<br>3112 Windsor Road, Suite A-234<br>Austin, TX 78703<br>lawrencefirm@aol.com<br>*Attorneys for Plaintiffs* |
| Ricardo A. Garcia, Esq.<br>Jody R. Mask, Esq.<br>Garcia Ochoa & Mask, LLP<br>820 S. Main St.<br>McAllen, TX 78501<br>ric@gomlaw.com<br>jody@gomlaw.com<br>*Attorneys for Plaintiffs* | |

*/s/ Rosemary Missisian*
Rosemary Missisian
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC