# DEFENDNT EXHIBIT LIST

Case #   2-10-CV-0051-RFB-VCF

Caption:   Matthew R. Lindner, et al v. Evenflo Company, LLC.

Exhibits for:  Defendant Evenflo Company

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| **10/08/15** **10/15/15** | **10/08/15** **10/15/15** | 500A | **Donald Stevens** | Evenflo Embrace Owner's Manual and labels, EVE 1 - 22 |
| Admitted as Plaintiff's Exhibit 60 –Donald Stevens 10/15/15 - Kiser | | | | |
| | | 501 | | FMVSS 213 Standards (2005) |
| | | | | |
| **10/14/15** | **10/14/15** | 502 | **William Van Arsdell** | Email from Larry Lawrence to Art Hoffman, 3/07/11 |
| | | | | |
| | | 503 | | Subject car seat |
| | | | | |
| | | 504 | | Exemplar car seat |
| | | | | |
| | | 505 | | Exemplar seat and seat belt configuration of Ford Explorer |
| | | | | |
| | | 506 | | Map of route from Las Vegas to accident scene |
| | | | | |
| | | 507 | | Scale model of Ford Explorer |
| | | | | |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| **10/09/15** | **10/9/15** | 508 | **Gerry Corwin** | Scale magnetic board depicting accident scene |
| **10/07/15** **10/09/15** **10/14/15** | **10/07/15** **10/09/15** **10/14/15** | 509 L H, O | **\*\*\*** | Selected photographs of accident scene and accident vehicle |
| **10/07/15 509-L Admitted- John Smith, Pl Ex 57** **10/9/15  509-H  Admitted -Gerry Corwin** **10/14/15 509-O Admitted – Will Van Arsdell** | | | | |
| **10/09/15** | **10/09/15** | 510 ,B,C,F, H, I, RRR, WWW, UUU, SSS, QQQ, BBB, ZZZ, YYY | Gerry Corwin | Selected photographs of scene, vehicle, and car seat inspection |
| **10/0915 510 A,B,C, F, H, I admitted- Gerry Corwin** **10/15/15 510: RRR, WWW, UUU, SSS, QQQ, BBB, ZZZ, YYY admitted- Robert Banks** | | | | |
| **10/9/15 510-A, B, C, F, H, I Admitted -Gerry Corwin** | | | | |
| | | 511 | | Selected photographs of surrogate testing |
| **10/15/15** | **10/15/15** | 512B | **William Van Arsdell** | Photographs comparing position of carry handle in subject seat to position of carry handle in exemplar |
| **10/15/15 512-B Admitted Will Van Arsdell** | | | | |
| | | 513 | | Photographs demonstrating amount of force to actuate release handle |
| **10/09/15** | **10/09/15** | 514A,E, L,M,N | **Gerry Corwin** | Demonstrative accident sequence illustrations |
| **10/9/15 514A, E, L, M, N Admitted – Gerry Corwin** | | | | |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| **10/07/15** | **10/07/15** | 515A | **John Smith** | Demonstrative illustrations of occupant seating, centrifugal forces, and movement of bodies during roll sequence |
| **515A admitted as Plaintiff Trial Exhibit 0058 10/7/15 John Smith** | | | | |
| | | | | |
| | | 516 | | Autopsy report of Elsy Lindner |
| **10/09/15** | **10/9/15** | 517 | **John Smith** | Inspection Photograph of Crash Vehicle Ford Explorer |
| | | | | |
| **10/09/15** | **10/9/15** | 518 | **John Smith** | Photograph of Ford Explorer |
| | | | | |
| **10/09/15** | **10/9/15** | 519 | **John Smith** | Photograph of Ford Explorer |
| | | | | |
| **10/09/15** | **10/9/15** | 526 | **Gerry Corwin** | Photograph of roadway (FMC8132) |
| | | | | |
| **10/09/15** | **10/9/15** | 527 | **Gerry Corwin** | Compilation of accident vehicle and diagram |
| | | | | |
| **10/09/15** | **10/9/15** | 528 | **Gerry Corwin** | Compilation of accident vehicle and diagram |
| | | | | |
| **10/09/15** | **10/09/15** | 530 | **Gerry Corwin** | |
| | | | | |
| **10/09/15** | **10/09/15** | 532 | **Gerry Corwin** | |
| | | | | |
| **10/09/15** | **10/09/15** | 535 | **Gerry Corwin** | Photograph of Subject Vehicle, Right Front Tire |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| **10/09/15** | **10/09/15** | 536 | **Gerry Corwin** | Photographs of Right Rear Tire |
| **10/09/15** | **10/09/15** | 538 | **Gerry Corwin** | Computer Drawing – Vehicle above embankment |
| **10/09/15** | **10/09/15** | 542 | **Gerry Corwin** | Photograph of Accident Vehicle – Front View at warehouse |
| **10/09/15** | **10/9/15** | 543 | **Gerry Corwin** | Photograph of Accident Vehicle at Scene (FMC8086) |
| **10/09/15** | **10/9/15** | 544 | **Gerry Corwin** | Photograph of Accident Vehicle at Scene (FMC8087) |
| **10/09/15** | **10/9/15** | 548 | **Gerry Corwin** | Inspection Photograph of Scene (FMC 8131) |
| | | 549 | | Product Integrity Specification. Rev. 1 |
| | | 550 | | Product Integrity Specification, Rev. 4 |
| | | 553A | | Product Integrity Specification, Rev. 9 |
| **10/14/15** | **10/14/15** | 557 | **William Van Arsdell** | Inspection Photograph of Accident Vehicle- Front View (Plaintiff TREx. 69) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| **10/14/15** | **10/14/15** | 558 | **William Van Arsdell** | Inspection Photograph of Accident Vehicle – Rear View (Plaintiff Trial Ex. 70a) |
| **10/14/15** | **10/14/15** | 559 | **William Van Arsdell** | Post-Accident Photograph of Accident Vehicle |
| **10/14/15** | **10/14/15** | 560 | **William Van Arsdell** | Inspection Photograph of Accident Vehicle – Interior View from rear |
| **10/14/15** | **10/14/15** | 561 | **William Van Arsdell** | Inspection Photograph of Accident Vehicle – View from top |
| **10/14/15** | **10/14/15** | 562 | **William Van Arsdell** | Inspection Photograph of Accident Vehicle – Passenger Side |
| **10/14/15** | **10/14/15** | 563 | **William Van Arsdell** | Inspection Photograph of Accident Vehicle – Interior View with Exemplar |
| | | 564 | | Inspection Photograph of Accident Vehicle – Interior View with Exemplar |
| | | 565 | | Photograph of Subject CRS |
| | | 566 | | Photograph of Subject CRS |
| | | 567 | | Inspection Photograph of Accident Vehicle – Interior View with Exemplar |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 568 | | Post-Accident Photograph of Subject Vehicle |
| | | 569 | | Test Data No. 11 Dynamic Impact Test Conditions, Sled Test No. H05105F, EVE 0001767.  **Note:  this exhibit was used in connection with an evidentiary hearing with the court and is not being tendered by Evenflo for submission to the jury.** |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 570 | | Engineering document, Title Wireform – For Base. **Note:  this exhibit was used in connection with an evidentiary hearing with the court and is not being tendered by Evenflo for submission to the jury.** |
| | | 571 | | Engineering document- title Wire Form – Base.  **Note:  this exhibit was used in connection with an evidentiary hearing with the court and is not being tendered by Evenflo for submission to the jury.** |
| | | 572 | | Engineering Change Notice #6045 **Note:  this exhibit was used in connection with an evidentiary hearing with the court and is not being tendered by Evenflo for submission to the jury.** |
| 10/14/15 | 10/14/15 | 573 | **Randolph Kiser** | Test Data No. 16. Dynamic Impact Test Conditions Sled Test H05772R TEST Date 8/2/05, EVE 3056.  **Note:  this exhibit was used in connection with an evidentiary hearing with the court and is not being tendered by Evenflo for submission to the jury.** |
| 10/15/15 | 10/15/15 | 574 | **Randolph Kiser** | Video of crash test of Embrace child seat. |
| 10/15/15 | 10/15/15 | 575 | **Randolph Kiser** | Video of interior of crash test of Embrace child seat |
| 10/15/15 | 10/15/15 | 576 | **Randolph Kiser** | |
| 10/15/15 | 10/15/15 | 577 | **Randolph Kiser** | Slow motion view of the side end cap test |
| 10/15/15 | 10/15/15 | 578 | **Randolph Kiser** | Interior view of crash |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| **10/15/15** | | 579 | **Randolph Kiser** | Full report of the end cap test |
| | | | | |
| **10/15/15** | | 580 | **Randolph Kiser** | Full written report of the side end cap of these tests |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |