

1  JOSEPH L. BENSON II, ESQ.
   Nevada Bar No. 7276
2  **BENSON & BINGHAM**
   626 South 10th Street
3  Las Vegas, NV 89101
4  litigate@bensonbingham.com
   P: (702) 382-9797
5  F: (702) 382-9798

6  LARRY W. LAWRENCE, ESQ.
   Texas Bar No. 794145
7  **LAWRENCE LAW FIRM**
8  3112 Windsor Rd., Ste. A234
   Austin, TX 78703
9  lawrencefirm@aol.com
   P: (956) 994-0057
10 F: (956) 994-0741
11 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW R. LINDNER, individually; as surviving spouse and legal heir of ELSY LETICIA GRANADOS-MARTINEZ, deceased; as surviving parent and legal heir of CAMILA LYNETE LINDNER, a deceased minor; and as Guardian Ad Litem of PAULINA GRANADOS-MARTINEZ, a minor; FERNANDO GRANADOS-MAGALLON, individually and as surviving spouse and legal heir of REFUGIO LETICIA MARTINEZ COSIO,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; BERTHA MEZA d/b/a OROZCO AUTO SALES; EVENFLO COMPANY, INC., a Delaware corporation; BIG LOTS STORES, INC., an Ohio corporation; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>                    Defendants. | Case No.:   2:10-cv-00051-RFB-VCF<br><br>**ORDER TO DISBURSE MONEY FROM COMPROMISE OF MINOR'S CLAIM** |

200329                                1

## ORDER TO DISBURSE MONEY FROM COMPROMISE OF MINOR'S CLAIM

This matter being presented to the above-entitled Court, upon the verified Petition herein; and the Court being fully advised in the premises, finds therefore,

That the allegations in said Petition are fully provided; and it further appearing to the satisfaction of the Court that the best interest of PAULINA GRANADOS MARTINEZ aka ELSY PAULINA GRANADOS MARTINEZ will be promoted by said disbursal of money from minor's blocked trust account.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the sum of **$1,544.37 plus accrued interest of date** may be withdrawn from Bank of America regarding account number ending with 1670 by ELSY PAULINA GRANADOS MARTINEZ, having proved to this Court that she has reached age of eighteen (18) years.

DATED: March 28, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
Benson & Bingham

/s/ Joseph L. Benson II

Joseph L. Benson II, Esq.
Nevada Bar No. 7276
Attorney for Petitioner